

IN THE CIRCUIT COURT FOR
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| THEODORE DAVIS, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. CV-2004-370 |
| ARMSTRONG RELOCATION. LLN., et al., | ) ) ) |
| Defendants. | ) |

## MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW defendant, Edna Dumas, a by and through her attorney and moves this Honorable Court to enter, pursuant to Rule 56 of the Alabama Rules of Civil Procedure, a partial summary judgment in this defendant's favor dismissing any claim to title or possession of the property located at 207 Rosedon Drive, Montgomery, Alabama on the ground that there is no genuine issue as to any material fact and this defendant is entitled to a judgment as a matter of law. The facts and arguments contained in defendant Dumas' answer and motion to dismiss previously filed are hereby adopted and incorporated by reference.

This motion is based upon the pleadings in this case, the affidavit of Edna Dumas attached as Exhibit "A" and the Warranty Deed to said property in the name of Edna Dumas attached as Exhibit "B."

WHEREFORE PREMISES CONSIDERED, defendant Edna Dumas requests this Honorable Court to set this motion for a hearing and, after due

consideration of the same, to enter a summary judgment in favor of this defendant, dismissing this action with prejudice.

Respectfully submitted this 28th of April, 2004.

                          **Capell & Howard, P.C.**

                    By: _/s/ George L. Beck, Jr._
                        George L. Beck, Jr. (BEC011)
                        Attorney for Defendant
                        P.O. Box 2069
                        Montgomery, AL  36102-2069
                        (334) 241-8000 phone
                        (334) 241-8291 fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on the following counsel of record by placing a copy in the United States mail, postage prepaid and properly addressed to them on this 28th day of April, 2004.

Attorney for Defendant Armstrong:
**Hon. C. Winston Sheehan, Jr.**
Ball, Ball, Matthew & Novak, P.A.
P.O. Box 2148
Montgomery, AL  36102-2148

Plaintiff attorney:
**Michael Rountree**
ROUNTREE & ASSOCIATES, P.C.
448 Saint Lukes Drive
Montgomery, AL  36117

**Capell & Howard P.C.**

By: *George L. Beck*
GEORGE L. BECK, JR. (BEC011)

IN THE CIRCUIT COURT FOR
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| THEODORE DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No. CV-2004-370 |
| | ) |
| ARMSTRONG RELOCATION. LLN., et al., | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF EDNA DUMAS

Before me, the undersigned notary public in and for said state and county, personally appeared Edna Dumas, who upon being duly sworn on oath deposed and said as follows:

1. My name is Edna Dumas and I am over the age of 19. This affidavit is based upon my own personal knowledge regarding the matters of the above styled case and is submitted for the purpose of supporting a motion for summary judgment.

2. At no time did I ever deed the property at 207 Rosedon Drive, Montgomery, Alabama to Theodore Davis.

3. At no time did I ever agree to sell, nor sell the property at 207 Rosedon Drive, Montgomery, Alabama to Theodore Davis.

Further, Affiant saith not.

EXHIBIT A

1

STATE OF NEW JERSEY        }
                           }
COUNTY OF BERGEN           }


Dated this 23 day of April, 2004.

Affiant _Edna Dumas_____
Edna Dumas

Sworn to and subscribed before me on this __23__ day of April, 2004.

_Heather K Strohl_____
NOTARY PUBLIC
My Commission Expires: September 25, 2007

(SEAL)

HEATHER K. STROHL
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPTEMBER 25, 2007

2

# WARRANTY DEED

THE STATE OF ALABAMA,
Montgomery COUNTY.

KNOW ALL MEN BY THESE PRESENTS, that in consideration of One Hundred and No/100 _____ DOLLARS and other valuable considerations to the undersigned GRANTOR or GRANTORS in hand paid by the GRANTEE(S) herein, the receipt whereof, is hereby acknowledged, we, Louis Norman Gotthelf and Penny Gale Gotthelf, individually and as husband and wife (herein referred to as GRANTOR(S), do hereby GRANT, BARGAIN, SELL and CONVEY unto Edna Dumas _____ (herein referred to as GRANTEE(S), her _____ heirs and assigns, the following described Real Estate, situated in the County of Montgomery, and State of Alabama, to-wit:

Lot 13, Block 12, according to the Map of Spring Valley Plat No. 10, as said Map appears of record in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 24, at Page 147.

This conveyance is made subject to that certain mortgage in favor of Real Estate Financing, Inc., dated January 28, 1977, filed for record in the Office of the Judge of Probate of Montgomery County, Alabama, January 31, 1977, in Real Property Book 0330, at Page 0687; Grantees by their acceptance hereof assume and agree to pay said mortgage and the note secured thereby according to their terms.

This conveyance is made subject to covenants, restrictions, reservations, easements and rights of way heretofore imposed upon the subject property.

TO HAVE AND TO HOLD, the aforegranted premises to the said GRANTEE(S), her heirs and assigns FOREVER.

And GRANTOR(S) do covenant with the said GRANTEE(S), her heirs and assigns, that they are lawfully seized in fee simple of the aforementioned premises; that they are free from all encumbrances, except as hereinabove provided; that they have a good right to sell and convey the same to the said GRANTEE(S), her heirs and assigns, and that GRANTOR(S) will WARRANT AND DEFEND the premises to the said GRANTEE(S), her heirs and assigns forever, against the lawful claims and demands of all persons, except as hereinabove provided.

IN WITNESS WHEREOF we have hereunto set our hands and seals this 7th day of September, 19 89.

WITNESS:

_____ Louis Norman Gotthelf (L. S.)

_____ Penny Gale Gotthelf (L. S.)

_____ (L. S.)

THE STATE OF ALABAMA,
Montgomery COUNTY.

I, the undersigned, a Notary Public in and for said State at Large, hereby certify that Louis Norman Gotthelf and Penny Gale Gotthelf whose names are signed to the foregoing conveyance, and who are known to me acknowledged before me on this day, that, being informed of the contents of the conveyance they executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this 7th day of September, 19 89.

_____ Notary Public.

This instrument was prepared by:

FOR RECORDING ONLY

STATE OF ALA.
MONTGOMERY CO.
I CERTIFY THIS INSTRUMENT
WAS FILED ON

SEP 12  4 01 PM '89

JUDGE OF PROBATE

| | | |
|---|---|---|
| 01 | INDEX | 1.00 |
| 02 | REC FE | 1.00 |
| 03 | REC FE | 2.50 |
| 04 | DED TX | 29.50 |
| | TOTAL | 34.00 |

9-12-89  187445

EXHIBIT B