

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| THEODORE DAVIS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: CV-04-370 |
| ARMSTRONG RELOCATION, LLC, Edna Dumas, et al. | ) |
| Defendants. | ) |

## DEFENDANT'S WITNESS LIST

**COMES NOW** the Defendant, an pursuant to this Court's Scheduling Order lists the following persons who may be called to testify at trial:

1. Theodore Davis, c/o Hon. Michael Rountree, Rountree & Associates, P.C., 448 Saint Luke's Drive, Montgomery, AL 36117; (334) 270-8291.

2. Edna Dumas, c/o Hon. George Beck, Jr., Capell & Howard PC, 150 South Perry Street, Montgomery, Alabama 36104; (334) 241-8000.

3. Eddie Woods, address and telephone number unknown.

4. Corporate Representative for Armstrong Relocation, 5414 Lamco Street, Montgomery, AL 36117-2153; (334) 279-9822.

5. Jason Meadows, Armstrong Relocation, 5414 Lamco Street, Montgomery, AL 36117-2153; (334) 279-9822.

6. Lee Green, Armstrong Relocation, 5414 Lamco Street, Montgomery, AL 36117-2153; (334) 279-9822.

7. Edwin Lollar, Armstrong Relocation, 5414 Lamco Street, Montgomery, AL 36117-2153; (334) 279-9822.

8. Any record custodian necessary to authenticate any document or record objected to at any time by counsel for any other party to this action.

9. Any person named or referred to by description in the witness list of any other party to this action.

10. Any witness who may be discovered by this defendant after the date of this witness list, whose identity will be furnished to counsel for all other parties immediately upon discovery of said witnesses.

11. Defendant reserves the right to present at trial the deposition testimony given by any party or witness in this case.

                                                   /s/ [signature]
                                           C. WINSTON SHEEHAN, JR.
                                           Attorney for Armstrong Relocation, LLC

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
Phone: (334) 387-7680
Fax:   (334) 387-3222

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on the following counsel of record:

Hon. Michael Rountree
Rountree & Associates, P.C.
448 Saint Luke's Drive
Montgomery, AL 36117
Fax No.: 334-270-8294

Hon. George L. Beck, Jr.
Post Office Box 2069
Montgomery, AL 36102-2069
Fax No.: 334-241-8262

by telefax and by U.S. mail postage prepaid on this the 30th day of August, 2004.

                                                 /s/ [signature]
                                           OF COUNSEL