

IN THE CIRCUIT COURT FOR
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| THEODORE DAVIS, | ) Case No.: CV 04-370 |
| Plaintiff, | ) ANSWER OF<br>) CORPORAL SHELLEY WATTS |
| vs. | ) |
| ARMSTRONG RELOCATION, Lln,<br>EDNA DUMAS, MONTGOMERY<br>POLICE DEPARTMENT, et. al., | ) |
| Defendants | ) |

COMES NOW the defendant, Corporal Shelley Watts, in the above-entitled action, by and through undersigned counsel, and in answer to Plaintiff's Amended Complaint, states as follows:

1. Defendant denies the material allegations contained in the "Facts Common to the Parties" (paragraphs 1 through 11), as well as Plaintiff's First Claim of Relief through Plaintiff's Eleventh Claim for Relief (paragraphs 9 [sic] through 138) of Plaintiff's "Amended Complaint for Breach of Contract, Abuse of Process, Fraud, Unlawful Detainer, Wrongful Eviction, Slander, Violation of Civil Rights, False Imprisonment and/or Conversion" and, as such, demands strict proof thereof.

## AFFIRMATIVE DEFENSES

2. Defendant pleads as his first affirmative defense that the Complaint is insufficient to apprise Defendant of the civil crimes or wrongs for which the plaintiff seeks damages such that the defendant cannot properly and reasonably defend himself.

3. Defendant pleads the general issue.

4. Defendant avers that he is entitled to the discretionary function immunity set out in §6-5-338 Ala. Code (1975).

5. Defendant pleads absolute and qualified immunity.

6. Defendant pleads that the official-capacity lawsuit against it is duplicitous and due to be dismissed according the principles laid out in <u>Kentucky v. Graham</u>, 473 U.S. 159, 105 S.Ct. 3099, 87 L.Ed.2d 112 (1985).

7. Defendant avers that the plaintiff comes before this Court with unclean hands.

8. Defendant claims insufficiency of service of process.

9. Defendant claims insufficiency of process.

10. Defendant reserves the right to amend these affirmative defenses as allowed by the Court.

Respectfully submitted,

_____
Shelley Watts
Defendant

Sworn to and subscribed before me on this the 25th day of January, 2005.

My commission expires:

2/27/2007

_____
Notary Public

(Seal)

_____
Wallace D. Mills (MIL 090)
Assistant City Attorney

OF COUNSEL:
City of Montgomery Attorney's Office
103 N. Perry St.
Montgomery, AL 36104
(334) 241-2050

2

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by causing it to be placed in the U.S. Mail, postage prepaid and properly addressed on this 26 day of January, 2005 to the following:

Michael Rountree, Esq.
448 Saint Lukes Dr.
Montgomery, AL 36117

George L. Beck, Jr. Esq.
P.O. Box 2069
Montgomery, AL 36102-2069

Winston Sheehan, Jr. Esq.
Ball, Ball, Mathews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36117

_____
Of Counsel