**RECEIVED**

**IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, ALABAMA**

2005 JUL -6 P 3: 53

THEODORE DAVIS, )
)   2:05cv632 ⟊
    Plaintiff, )   Case No.: CV 04-370
)
vs. )   NOTICE OF FILING
)   OF NOTICE OF REMOVAL
ARMSTRONG RELOCATION, Lln, )
EDNA DUMAS, MONTGOMERY )
POLICE DEPARTMENT, et. al., )
)
    Defendants )
)

TO:   Melissa A. Rittenour
      Circuit Clerk
      251 S. Lawrence Street
      Montgomery, AL 36104

      Michael Rountree, Esq.
      448 Saint Lukes Dr.
      Montgomery, AL 36117

      George L. Beck, Jr. Esq.
      Capell & Howard, P.C.
      P.O. Box 2069
      Montgomery, AL 36102-2069

      Jeffrey W. Smith, Esq.
      Slaten & O'Connor, P.C.
      105 Tallapoosa Street, Suite 101
      Montgomery, Alabama 36104

      Winston Sheehan, Jr. Esq.
      Ball, Ball, Mathews & Novak, P.A.
      P.O. Box 2148
      Montgomery, AL 36117

      Judy B. Van Heest, Esq.
      Beers Anderson, Jackson,
         Patty & Van Heest, P.C.
      Post Office Box 1988
      Montgomery, Alabama 36102-1988

EXHIBIT D

Please take notice that Defendant City of Montgomery has, on this date, filed a Notice of Removal, a true and correct copy of which is attached hereto, in the office of the clerk of the United States District Court for the Middle District of Alabama, Northern Division, at Montgomery, Alabama.

Respectfully submitted this the 6th day of July, 2005.

/s/ Wallace D. Mills
Wallace D. Mills (MIL090)
Assistant City Attorney

**OF COUNSEL:**
Legal Department
City of Montgomery
Post Office Box 1111
Montgomery, Alabama  36101-1111
(334) 241-2050
(334) 241-2310 (fax)

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served upon the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed as follows on this the ____ day of July 2005:

Michael Rountree, Esq.
448 Saint Lukes Dr.
Montgomery, AL 36117

George L. Beck, Jr. Esq.
Capell & Howard, P.C.
P.O. Box 2069
Montgomery, AL 36102-2069

Jeffrey W. Smith, Esq.
Slaten & O'Connor, P.C.
105 Tallapoosa Street, Suite 101
Montgomery, Alabama 36104

Winston Sheehan, Jr. Esq.
Ball, Ball, Mathews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36117

Judy B. Van Heest, Esq.
Beers Anderson, Jackson,
  Patty & Van Heest, P.C.
Post Office Box 1988
Montgomery, Alabama 36102-1988

_____
Of Counsel