IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Theodore Davis                              )
                                            )
     Plaintiff,                           )
v.                                          )          CASE NO. 2:05cv632-T
                                            )
Armstrong Relocation, Lln, et al            )
                                            )
     Defendant                            )

**O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1),  this case is referred to

Magistrate Judge Vanzetta Penn McPherson for all pretrial proceedings and entry of any orders or

recommendations as may be appropriate.

DONE, this the 18th day of July,  2005.


            _____/s/ Myron H. Thompson_____
            UNITED STATES DISTRICT JUDGE