IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THEODORE DAVIS, | ) |
|     PLAINTIFF, | ) |
| v. | )    CASE NO. 2:05-cv-632-MHT |
| ARMSTRONG RELOCATION, LLN, *et. al.*, | ) |
|     DEFENDANTS. | ) |

## **ORDER**

This case was originally filed in state court on 6 July 2005. The Plaintiff amended his Complaint twice before the case was removed to this court. The most recent Complaint, received by the Circuit Court of Montgomery on June 14, 2005, contains numbered paragraphs. Some of the paragraphs have duplicate numbering, making it difficult for Defendants to provide clear Answers to the Complaint.

Therefore, it is hereby

ORDERED that on or before **3 August 2005** Plaintiff shall file an Amended Complaint that numbers paragraphs in sequential order without duplicating any of the numbers.

DONE this the 26th day of July, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE