IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISIN

| | |
|---|---|
| THEODORE DAVIS,<br><br>    Plaintiff,<br><br>vs.<br><br>ARMSTRONG RELOCATION, Lln, EDNA DUMAS, CITY OF MONTGOMERY, et. al.,<br><br>    Defendants | )  Case No.: 2:05-cv-632-MHT<br>)<br>)  THE CITY OF MONTGOMERY'S AND<br>)  OFFICER SHELLEY WATTS'S ANSWER<br>)  TO AMENDED COMPLAINT<br>)<br>)<br>)<br>)  DEMAND FOR JURY TRIAL<br>)<br>)<br>) |

COME NOW the Defendants, City of Montgomery, Alabama and Officer Shelley Watts, in the above-entitled action, by and through undersigned counsel, and in answer to Plaintiff's Amended Complaint, state as follows:

1. Defendants deny the material allegations contained in paragraphs 1 through 11 ("Facts Common to the Parties") as well as paragraphs 12 through 141 (Plaintiff's "First Claim for Relief" through Plaintiff's "Eleventh Claim for Relief") and demand strict proof thereof.

**AFFIRMATIVE DEFENSES**

2. Defendants plead the general issue.

3. Defendants plead and aver that they are entitled to the discretionary function immunity set out in §6-5-338 Ala. Code (1975) on all state law claims.

4. Defendants plead and aver that they are entitled to qualified immunity. McCray v. City of Dothan, 2003 WL 23518420, (11th Cir.2003) (Not reported in F.3d)

5. Defendants plead that the official-capacity lawsuit against Officer S. Watts is duplicitous as a restatement of the claim made directly against the City of Montgomery and due to be dismissed according the principles laid out in Kentucky v. Graham, 473 U.S. 159, 105 S.Ct. 3099, 87 L.Ed.2d 112 (1985).

6. To the extent that Plaintiff seeks equitable relief against these Defendants, the City of Montgomery and Officer Shelley Watts aver that the Plaintiff comes before this Court with unclean hands.

7. Defendants plead and aver that the Plaintiff was contributorily negligent.

8. Defendants plead the affirmative defense of assumption of the risk.

Defendants reserve the right to amend these answers and affirmative defenses as may be allowed by the Court.

## JURY DEMAND

The City of Montgomery demands a trial by struck jury on all issues triable of right to a jury.

Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Wallace D. Mills
　　　　　　　　　　　　　　　　　　　　　　Wallace D. Mills (MIL 090)
　　　　　　　　　　　　　　　　　　　　　　Assistant City Attorney

OF COUNSEL:
City of Montgomery Attorney's Office
103 N. Perry St.
Montgomery, AL 36104
(334) 241-2050

CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing document by causing it to be placed in the U.S. Mail, postage prepaid and properly addressed on this __15th__ day of August, 2005 to the following:

    Michael Rountree, Esq.
    448 Saint Lukes Dr.
    Montgomery, AL 36117

    George L. Beck, Jr. Esq.
    P.O. Box 2069
    Montgomery, AL 36102-2069

    Winston Sheehan, Jr. Esq.
    Ball, Ball, Mathews & Novak, P.A.
    P.O. Box 2148
    Montgomery, AL 36117

    Jeffrey W. Smith, Esq.
    Slaten & O'Conner, P.C.
    105 Tallapoosa St., Suite 101
    Montgomery, AL 36104

    Judy B. Van Heest, Esq.
    Beers Anderson Jackson Patty & Van Heest, P.C.
    P.O. Box 1988
    Montgomery, AL 36102-1988

    ___/s/ Wallace D. Mills___
    OF COUNSEL