IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THEODORE DAVIS, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-632 |
| | ) |
| ARMSTRONG RELOCATION, LLN, | ) |
| *et. al.,* | ) |
| | ) |
| DEFENDANTS. | ) |

## ORDER

On 3 August 2005, the Plaintiff filed an Amended Complaint (Doc. #7), pursuant to this court's Order of 26 July 2005 (Doc. #5). Since that time, it appears that not all defendants have answered or otherwise responded.

Accordingly, it is hereby

ORDERED that, on or before 23 September 2005, any defendants who have not yet answered the amended complaint shall file answers or appropriate responsive motions to the plaintiff's amended complaint.

DONE this 9th day of September, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE