IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| THEODORE DAVIS, )<br>  Plaintiff, )<br>v. )<br> )<br>ARMSTRONG RELOCATION, LLN, )<br>EDNA DUMAS, MONTGOMERY POLICE )<br>DEPARTMENT, et al., )<br> )<br> )<br>  Defendants. ) | CIVIL ACTION NO.: 2:05cv632-MHT |

### AMENDED ANSWER OF INTERVENOR DEFENDANT
### STATE FARM FIRE AND CASUALTY COMPANY

**COMES NOW** Intervenor, Defendant State Farm Fire and Casualty Company (hereinafter "State Farm"), through undersigned counsel and files this its Amended Answer to Plaintiff's Complaint and Amended Complaints.

#### TWENTY-SECOND DEFENSE

Intervenor Defendant State Farm adopts by reference as if set out fully herein and incorporates all Answers and Amended Answers filed by Defendant Edna Dumas to Plaintiff's Complaint and Amended Complaint.

#### TWENTY-THIRD DEFENSE

Intervenor Defendant State Farm adopts by reference as if set out fully herein and incorporates all Answers, Amended Answers, or other pleadings which have been are to be filed by any Defendants in response to Plaintiff's Complaint and Amended Complaint.

#### TWENTY-FOURTH DEFENSE

Intervenor Defendant State Farm affirmatively pleads the Statute of Frauds.

## TWENTY-FIFTH DEFENSE

Intervenor Defendant State Farm affirmatively pleads that it is entitled to the relief granted by the Summary Judgment Order entered January 27, 2005.

## TWENTY-SIXTH DEFENSE

Intervenor Defendant State Farm affirmatively pleads that it is entitled to all equitable and legal relief available for those claims brought in bad faith or in contradiction of the Montgomery County Circuit Court's January 27, 2005 grant of Summary Judgment.

**RESPECTFULLY SUBMITTED** this 15th day of September, 2005.

/S/ Judy B. Van Heest

**JUDY B. VAN HEEST [LAN062]**
Attorney for Intervenor Defendant
State Farm Fire and Casualty Company

**OF COUNSEL:**

BEERS, ANDERSON, JACKSON,
 PATTY, & VAN HEEST, P.C.
P. O. Box 1988
Montgomery, Alabama 36102-1988
(334) 834-5311   Telephone
(334) 834-5362   Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **AMENDED ANSWER OF INTERVENOR DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY** has been served upon all parties to this action by either electronic filing or depositing a copy of same in the U.S. Mail, postage prepaid, addressed as follows on this the 15TH day of September, 2005.:

Michael Roundtree, Esq.
Roundtree & Associates, LLC
448 Saint Lukes Drive
Montgomery, Alabama 36117

George L. Beck, Jr., Esq.
Terrie S. Biggs, Esq.
Capell & Howard, PC
P.O. Box 2069
Montgomery, Alabama 36102-2069

Wallace D. Mills, Esq.
City of Montgomery Attorney's Office
103 North Perry Street
Montgomery, Alabama 36104

Jeffrey W. Smith, Esq.
Slaten & O'Connor
105 Tallapoosa Street, Suite 101
Montgomery, Alabama 36104

Winston Sheehan, Jr. Esq.
Ball, Ball, Mathews, & Novak
Post Office Box 2148
Prattville, Alabama 36117

Michael Roundtree, Esq.
Roundtree & Associates, LLC
448 Saint Lukes Drive
Montgomery, Alabama 36117

/S/ Judy B. Van Heest
_____
**OF COUNSEL**