MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON.   Vanzetta Penn McPherson

DATE COMMENCED:   10/14/05          TAPE RECORDING: 9:30 a.m. - 10:10 a.m.

DATE COMPLETED:   10/14/05

Theodore Davis                        *          2:05cv632-T

vs                                    *

Armstrong Relocation, Lln             *

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Michael W. Rountree | C. Winston Sheehan, Jr.<br>Jeffrey Wilson Smith<br>Wallace Damon Mills<br>Judy B. Van Heest   (Intervenor Dft) | |

COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:   Scheduling Conference

# SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

**Description:** 2:05cv632-T.  Theodore Davis vs. Armstrong Relocation, Lln; Scheduling Conference

**Date:** 10/14/2005   **Location:** Courtroom 5A

| Time | Speaker | Note |
|---|---|---|
| 9 :30:26 AM | Court | Court Convenes; |
| 9 :31:34 AM | Court | Determines spokesperson for Defendant; |
| 9 :32:16 AM | Defendant | Defendant addresses issue of claim of real property |
| 9 :34:05 AM | Plaintiff | Denial of Due Process claim addressed |
| 9 :38:44 AM | Defendant | Addresses an 1983 Claim in 8th Claim of Complaint |
| 9 :39:37 AM | Court | Questions Plainitff regarding 1983 Claim |
| 9 :40:24 AM | Court | Questions Plaintiff Property asserted in complaint as personal rather than real property |
| 9 :41:55 AM | Plaintiff | 1 Claim addressing Real Property |
| 9 :44:33 AM | Plaintiff | 9th Claim should be dismissed |
| 9 :48:23 AM | Plaintiff | Word Robbery used for Conversion |
| 9 :49:00 AM | Plaintiff | Attorney has requested Listing of property with value from plaintiff asap |
| 9 :49:52 AM | Court | Brief 1983 Claim; Rule 41 Motion as to the 9th Claim by 10/28/05 (No response needed from Defendant); Brief Sole Federal Claim by 11/4/05; City of Montgomery response due by 11/18/05 |
| 9 :55:32 AM | Dft City of Montg | Questions Plaintiff's 1985 Claim |
| 9 :57:24 AM | Court | Add 1985 Claim to brief; If Claim does not apply add to Rule 41; Address Supervisory Liability |
| 9 :59:46 AM | Plaintiff | States Police Officers named individually in Complaint |
| 10:00:35 AM | Plaintiff | 7 Witnesses |
| 10:01:07 AM | Dft City of Montg | Mr. Watts is still employed with Police Department |
| 10:01:21 AM | Plaintiff | Plaintiff has Only filed a Notice as pertains to Administrative Proceedings to the City of Montgomery |
| 10:02:51 AM | Court | Trial August 7, 2006; Scheduling Order will issue |
| 10:03:55 AM | Court | Dec 2, 2005 Plaintiff should file list of property loss and value |
| 10:06:05 AM | Defendant | Addresses Real Property in 3rd claim for relief |
| 10:08:36 AM | Plaintiff | Will add 3rd Claim to Rule 41 Motion |
| 10:10:01 AM |  | Court in Recess |