IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THEODORE DAVIS, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-632-T |
| ) | |
| ARMSTRONG RELOCATION, LLN, et al., ) | |
| ) | |
| DEFENDANTS. ) | |

## **ORDER**

The court conducted a scheduling conference in this case on 14 October 2005. During this conference, the plaintiff indicated that certain claims in his complaint were moot or otherwise due to be dismissed. These claims include, but are not limited to, the third claim for relief ("Breach of Contract"), the ninth claim for relief ("TRO/Injunction"), and his claims under 42 U.S.C. § 1985.

Therefore, it is hereby

ORDERED that the plaintiff file an appropriate motion pursuant to Fed.R.Civ.P. 41 on or before **28 October 2005** regarding those claims which are due to be dismissed.

DONE this the 17th day of October, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE