IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THEODORE DAVIS,                          )
                                         )
    PLAINTIFF,                           )
                                         )
v.                                       )          CASE NO. 2:05-cv-632-T
                                         )
ARMSTRONG RELOCATION, LLN, et al.,       )
                                         )
    DEFENDANTS.                          )

**ORDER**

The plaintiff alleges extensive losses of personal property in his amended complaint, and the

allegations are unclear regarding the specific properties referenced, the specific defendants

against whom he asserts liability, and the value of the property.   Accordingly, it is

ORDERED as follows:

   1.    On or before 2 December 2005, the plaintiff shall file with the Clerk of the

         court an itemized listing (by categories) of the articles of personal property

         allegedly damaged, lost, or destroyed due to the defendants' wrongful actions.

   2.    The list shall include a brief description of each item, the defendant(s)

         responsible for the damage or loss, and an objective assessment of the fair

         market value of the item or the cost of repair, if applicable, at the time of the

         loss.

   3.    The plaintiff is CAUTIONED that the list must be comprehensive and

         complete.  After 2 December 2005, the court will not permit claims regarding

any items not included on this list, or adjustments in value.

DONE this the 17th day of October, 2005.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE