IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| THEODORE DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv632-T |
| | ) | |
| ARMSTRONG RELOCATION, Lln., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that plaintiff's motion to dismiss certain claims (Doc. No. 22) is granted and that the claims at issue are dismissed.

The court assumes that the defendants have no objection to the allowance of the dismissal; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 2nd day of November, 2005.

                                              /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE