**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 17, 2005

## NOTICE OF NON-COMPLIANCE

To:     ALL COUNSEL OF RECORD

Case Style:   Davis v. Armstrong Relocation, Lln. et al

Case Number:  2:05-cv-00632-T

Referenced Pleading:   REPORT

Docket Entry Number:    25

The referenced pleading was electronically filed on \*\*\*November 16, 2005\*\*\* in this case and is not in compliance with the local rules and/or administrative procedures of this court.

Also, the incorrect docketing event was selected to docket this pleading, which should not have been filed with the court. The docketing event used is REPORT of Rule 26(f) Planning Meeting. The PDF document attached to the entry is styled Rule 26 disclosures (initial disclosures), which are considered discovery.

**\*\*\*\*\*\*This pleading is discovery and is not allowed pursuant to Local Rule 5.1 NON-FILING OF CIVIL DISCOVERY.**

The pleading is hereby STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket. Parties should be aware that the striking of this entry does not affect their responsibilities as to the discovery process.