IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| THEODORE DAVIS, ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO.: 2:05cv632-WKW |
| ) | |
| ARMSTRONG RELOCATION, LLN, ) | |
| EDNA DUMAS, MONTGOMERY POLICE ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter coming to be heard on State Farm Fire and Casualty Company's MOTION TO CHANGE STATUS AS INTERVENOR DEFENDANT TO INTERVENOR AND PROVIDE RELIEF FROM THE COURT'S SCHEDULING ORDER AS IT APPLIES TO PLAINTIFF AND DEFENDANTS. The Court having considered the motion and argument of Counsel, hereby grants the Motion, allowing State Farm Fire and Casualty Company to revert to the status of Intervenor. The Court will allow State Farm Fire and Casualty Company to continue to participate in discovery and submit Interrogatories to the jury should a verdict be rendered against its insured.

DONE this the _____ day of March, 2006.


_____
W. Keith Watkins
UNITED STATE DISTRICT JUDGE

cc:    Judy B. Van Heest, Esq.
       Michael Rountree, Esq.
       George Beck, Jr., Esq.
       Jeffery W. Smith, Esq.
       Wallace Mills, Esq.
       C. Winston Sheehan, Jr., Esq.