IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **THEODORE DAVIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No.: 2:05-cv-632-WKW |
| vs. | ) |
| | ) |
| **ARMSTRONG RELOCATION, LLC,** | ) |
| **Edna Dumas, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

**COMES NOW** Emily C. Marks, an attorney with the law firm of Ball, Ball, Matthews & Novak, P.A., Post Office Box 2148, Montgomery, Alabama 36102-2148, and enters her appearance as additional counsel for the Defendant, Armstrong Relocation, LLC.


/s/ Emily C. Marks
EMILY C. MARKS
Attorney for Armstrong Relocation, LLC


OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:      (334) 387-3222

2

CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

George Lamar Beck , Jr   glb@chlaw.com, terrie@chlaw.com;roxie@chlaw.com

Terrie Scott Biggs   tsb@chlaw.com, julie@chlaw.com

Joint Chambers   jointchambers@almd.uscourts.gov

Wallace Damon Mills   wmills@ci.montgomery.al.us

Michael W. Rountree   mwrra@knology.net, rtreesigpc@aol.com

Jeffrey Wilson Smith   jsmith@slatenlaw.com, cmclean@slatenlaw.com

Judy B. Van Heest   jvanheest@beersanderson.com, brenda@beersanderson.com


/s/ Emily C. Marks
OF COUNSEL