**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **THEODORE DAVIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No.: 2:05-cv-632-WKW |
| vs. ) | |
| ) | |
| **ARMSTRONG RELOCATION, LLC,** ) | |
| Edna Dumas, et al. ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANT ARMSTRONG RELOCATION'S EVIDENTIARY SUBMISSION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

**COMES NOW**, the defendant, Armstrong Relocation, LLC (hereinafter "Armstrong"), and makes the following Evidentiary Submission in support of the Motion for Summary Judgment contemporaneously filed herein.

1. Deposition excerpts of Theodore "Ted" Davis;

2. Affidavit of Edwin Lollar;

3. Affidavit of Lee Green;

4. Edna Dumas' Response to Plaintiff's Request for Admissions.

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.

/s/ Emily C. Marks
EMILY C. MARKS
Attorneys for Armstrong Relocation, LLC

<u>OF COUNSEL:</u>
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

George Lamar Beck , Jr    glb@chlaw.com, terrie@chlaw.com;roxie@chlaw.com

Terrie Scott Biggs    tsb@chlaw.com, julie@chlaw.com

Joint Chambers    jointchambers@almd.uscourts.gov

Wallace Damon Mills    wmills@ci.montgomery.al.us

Michael W. Rountree    mwrra@knology.net, rtreesigpc@aol.com

Jeffrey Wilson Smith    jsmith@slatenlaw.com, cmclean@slatenlaw.com

Judy B. Van Heest    jvanheest@beersanderson.com, brenda@beersanderson.com


                                            /s/ Emily C. Marks
                                            OF COUNSEL