# COPY

1

1    IN THE CIRCUIT COURT

2    FOR

3    MONTGOMERY COUNTY, ALABAMA

4

5    THEODORE DAVIS,

6        Plaintiff,

7    Vs.                                    CIVIL ACTION NO.
                                            CV-04-370
8

ARMSTRONG RELOCATION, LLN,
9    EDNA DUMAS, et al.,

10        Defendants.

11            * * * * * * * * * * * *

12

13        DEPOSITION OF THEODORE DAVIS, taken

14    pursuant to stipulation and agreement before

15    Patricia G. Starkie, Registered Diplomate Reporter,

16    CRR, and Commissioner for the State of Alabama at

17    Large, in the Law Offices of Capell & Howard, 150

18    South Perry Street, Montgomery, Alabama, on

19    Tuesday, June 15, 2004, commencing at approximately

20    9:20 a.m.

21            * * * * * * * * * * * *

22            VOLUME I

23            * * * * * * * * * * * *

1     this first one here, up there at the top

2     where it says November 2002.  Okay.  I paid

3     for January through June.  I paid $3,000.

4     Okay.  And then July through October, I

5     gave her two more thousand dollars.

6  Q.  And do you have any idea why the $1,500

7     appears on the --

8  A.  It probably was what was not -- what I

9     hadn't caught up, probably, more than

10    likely.  And so that was the remaining

11    amount that I probably owed her at that

12    time.

13  Q.  Who filled out this receipt?

14  A.  She did.  She sent them to me in the mail.

15  Q.  Is this her handwriting on both of those --

16  A.  Yes.

17  Q.  Let me finish the question.  That's okay.

18    Everybody does that, so don't worry.

19       The two receipts that are contained on

20    Exhibit 8 are both in the handwriting of

21    Ms. Dumas?  Is that what you're saying?

22  A.  Yes, sir.

23  Q.  What was your relationship with Ms. Dumas

1      in 1994?

2  A.   We were close.  We had just rekindled a

3       friendship, and we were -- we were close.

4       We were close at that time.

5  Q.   How long had you known her before 1994?

6  A.   Oh, I had known her for about 20 something

7       years before that, I guess.  I met her when

8       we were younger.

9  Q.   In 1994, where was she living?

10  A.   In New Jersey.

11  Q.   And where were you living?

12  A.   In Montgomery.

13  Q.   At the Rosedon --

14  A.   No.

15  Q.   -- address?

16  A.   No, I was living on National Street,

17       National Avenue then.  That's when she

18       suggested that she had a house, and she

19       suggested that I move into that house.

20       Asked me if I wanted to move into that

21       house, and I said, yeah.  So we made an

22       agreement, and I did -- because at that

23       time, I had just come off of strike, wasn't

1      financially too established, and she knew

2      the situation and she was very nice at that

3      time.  And she suggested that -- she said,

4      I need somebody to live in this house and I

5      want it to be kept up, so I'd rather have

6      someone live in it.  So she said, so I'll

7      just -- you pay me $200 a month and just

8      keep it up.  And that's what I did.

9  Q.  And you moved in sometime in 1994?

10  A.  Uh-huh (positive response).

11  Q.  To Rosedon?

12  A.  Uh-huh (positive response).

13  Q.  All right.  Now, you mentioned at one time

14      you had a restaurant.  Can you tell me the

15      name of that restaurant?

16  A.  Wings and Things.

17  Q.  Where was it located?

18  A.  Well, I was -- at that time when I met her,

19      it was in Cloverland Shopping Center on --

20      what is this -- Court Street.

21  Q.  And has it moved?

22  A.  I closed up.  I closed in '94.

23  Q.  Okay.  So you didn't own or operate a

1         Do you see the entry on Greyhound, ATU,

2         $271 on --

3    A.   That might have been a check -- ATU is my

4         union.

5    Q.   Okay.

6    A.   So that probably might have been a union

7         check of some kind.

8    Q.   Would that have been a payment made to

9         Ms. Dumas for you?

10   A.   No.  She wouldn't have gotten any of my

11        money, so I don't really know what that --

12   Q.   You just don't know?

13   A.   She got all of my paperwork.  Everything

14        that I had in the house she got.

15   Q.   Okay.

16   A.   And that was not -- But that was not

17        something that I had in there.

18   Q.   Okay.  How long did you and Ms. Dumas

19        maintain what you considered to be a close

20        relationship?

21   A.   Up until this occurrence, we were very

22        close.

23   Q.   Well, which -- I don't want to be too

1  personal, but were you living together

2  during the time she was down here?

3  A.  When she came here?

4  Q.  Yes.

5  A.  Yes, she lived with me.

6  Q.  And did you visit her in New York or New

7  Jersey?

8  A.  And I lived with her in New Jersey.

9  Q.  Did y'all ever discuss getting married or

10  anything like this?

11  A.  It was never a discussion.  We would always

12  say what we planned on doing with our lives

13  as we -- you know, after retirement, but --

14  and it was, I guess, a known that we would

15  probably be together, so that was the

16  extent of that.  But we always just said to

17  each other what we wanted, and that was it.

18  Q.  Did something happen in January of 2004 to

19  change that relationship?

20  A.  Yes, sir.

21  Q.  What was that?

22  A.  Ms. Dumas appeared at the door one morning

23  about 8:30, nine o'clock, and she came with

60

1    I said, you know I'm buying this, and I'm

2    not going to be leaving here.  I said, you

3    guys are going to go.

4        So she said, you're going to get out of

5    here.  I have the deeds to this house.  You

6    don't have any proof at all.  And I said,

7    oh, yes, I do.  I said, I know I've been

8    living here, I said, and you're not going

9    to put me out of here like this.  I said,

10   what are you trying to do?

11       So the guys came in I guess as a

12   threat.  And so I said, well, I'm going to

13   call the police.  Well, you call the

14   police.  The police can't do anything about

15   this because I've got my proof right here.

16       So I think at that time, I think I did

17   call the police.  And so she told me I had

18   to get out.  While he was on his way, they

19   were still telling me to get out of the

20   house.  And I told them -- I said, I'm not

21   going anywhere, I said, and we'll

22   straighten this out.  I said, you guys are

23   going to get out of here.

1    So the police came, and so we told the

2    police what was going on.  And so she had

3    the deed, and she handed him the deed.  And

4    so I told him, I said, yeah, but she has

5    the other paperwork, too, I said, because

6    I'm buying this from her.  And she made --

7    he's not buying a damn thing from me.  And

8    this is my house, I have the deeds, and I

9    have the right to put him out.

10    So I said, well, even if that were so,

11    you don't have the right to put me out.  I

12    said, I don't have to go anywhere right

13    now.  I said, you would have to go through

14    a procedure to put me out of here.  I said,

15    but I don't want any trouble.  I said, I've

16    got good neighbors.  I don't even want them

17    to know what's going on.  She said she

18    didn't give a damn about that; all she

19    wanted was my ass out.

20    So the nephew was in the background,

21    telling me I had to get out, and he was

22    threatening.  So because of her and my

23    relationship, I didn't say a thing to him.

1    A.    Yes, he does.

2    Q.    What is that?

3    A.    His phone number is (334) 288-8607.

4    Q.    He came on over.  Okay.  Then what

5          happened?

6    A.    So he was there when all of this went on.

7          And so the -- I got whatever I could get.

8          I didn't throw really anything -- I think I

9          threw one pair of trousers in there and got

10         a few papers that I thought -- Whatever was

11         on top of the dresser, I just pulled it off

12         and stuffed some things in a suitcase

13         and --

14               So I still told the policeman -- I

15         said, well, I don't think I need -- I have

16         to go.  I said, I shouldn't have to go.  I

17         said, you shouldn't be doing this to me.

18         He said, well, sir, you're going to go or

19         I'm going to put you in jail.  Okay.  So

20         they started laughing, and so -- I may be

21         missing something.  But anyway, I told him,

22         okay, I think I'm ready to go.

23               And so he walked out with me.  So he

73

```
 1          told me, now, you know that if you come

 2          back this way, we can arrest you for

 3          trespassing for coming back here.  He said,

 4          you can't come back, so I said okay.  He

 5          said, you can't come back unless you call

 6          up one of us and let us come back with you.

 7     Q.   All right.

 8     A.   I said okay.  So I went on and went over to

 9          Mr. Hardy's house and sat there and got

10          myself together.

11               And then I started thinking about

12          things I had left.  And I had a safe in

13          there which had a lot of money in it,

14          because I was getting ready to try and get

15          another piece of land.  And I also had some

16          money for Ms. Dumas because she was

17          supposed to have been coming down on about

18          the 14th, I think it was.  She was going to

19          be coming the 14th of January.  So I had

20          her some cash in the safe, and I also had

21          some for land.  I had about 8,000 and

22          something dollars in the safe.  It was in

23          the closet.
```

74

1       So I had medicines, too, that I had

2    forgotten.  And I called her and asked if

3    it was okay for me to come back and get

4    the -- get my medicines.  I didn't tell her

5    about the safe and the money because I

6    didn't want her doing anything with

7    anything in there.  So she said, no, I'm

8    getting ready to leave.  And so I said,

9    well, I still need to get in there and get

10    my medicine.  She said, no, you can't come

11    back.

12       So I called the police department, told

13    them what I needed, and they said, okay,

14    Mr. Davis, we'll send someone over there

15    and meet them at the house.  I said, no, I

16    prefer not to go to the house.  They told

17    me that I shouldn't come back to the house,

18    and I'd rather meet them somewhere else.

19    He said, well, okay.  Is there anywhere

20    around the corner or a neighbor's house or

21    something you can wait at until you see the

22    police and then go on behind them?  I said,

23    yes, I'll do that.

1    A.    Okay.  And so they -- so I told the police

2          officer that usually the door is ajar.

3          Even though they changed the locks, if you

4          don't securely push the door, usually it's

5          ajar.  So I said, so we can try that.  He

6          said, okay.

7              We went back to the back, went through

8          the fence, and I pushed on the door and it

9          was ajar.  I said, it's open.  He stepped

10         up then and pushed the door open.  And when

11         he pushed the door open, then they came

12         from all over, she and her nephew:  MF,

13         what are you doing in here, get your

14         so-and-so's out of here.  He said, I'm the

15         police.  I don't give an MF if you are the

16         police.  You get out of here.  You're

17         not -- This is my property.

18   Q.    Do you know his name?

19   A.    The policeman?

20   Q.    No.  The nephew.

21   A.    That's what I've been trying to find,

22         because he's -- he's going to be a part of

23         this, too.

Q.    I didn't mean to interrupt.  He's telling
      the police officer get out.

A.    Yeah.  He's telling the police to get out,
      and then he started telling me, you old
      so-and-so with your old so-and-so, I'll do
      this and I'll do that to you.  I'll -- And
      you get out of here and you don't supposed
      to be in here.

      And then the policeman was saying, sir,
      calm down, be quiet.  Said, I am the
      police.  I don't care who you are.  He's
      not supposed to be here.  You're not
      supposed to be in here.  And so I said,
      well, sir, I'm going to step back outside.
      I stepped back out of the back door.  He
      said, ma'am, let me talk to you.

      Five minutes, the policeman came out.
      Sir, let me tell you -- let me talk to
      you.  You're not getting anything except
      for your medicine.  I said, sir, I've got
      other things in there.  All I want to do is
      have you escort me through the house.  Let
      me get the things I need to get, and then

78

1    I'm going to leave.

2         She said, no, he's not going to bring

3    his so-and-so in here.  The nephew yelled,

4    he's not coming in.  So the policeman said,

5    no, you're not going in there.  And I still

6    didn't tell them about the safe.  I just,

7    you know -- And so they ran in, got my bag

8    full of medicine, ran out.  She threw it to

9    the policeman.  He brought it out to me and

10   told me, sir, that's all you're going to

11   get.  You've got to leave.

12        And I said, well, sir, I said, I've

13   still got things in there.  I need to talk

14   to you, sir.  He put his hands up to my

15   face and said, be quiet, don't say anything

16   else.  I said, but you don't understand.

17   He said, sir, be quiet.  And I kept trying

18   to tell him, and he said, sir, be quiet.

19   You're not getting anything except for your

20   medicine.  You've got to leave.

21        So here I am, sitting here watching

22   these guys, and I had plenty of food and

23   stuff in there.  This nephew is eating and

1    drinking my food then at that time.  So

2    they were watching movies, television,

3    because I had some film in there that they

4    had found, some x-rated film and stuff in

5    there.

6         And so I left.  And I went around the

7    corner, hoping that the policeman would

8    come back the same way he came.  And I was

9    waiting at the neighbor's house, trying to

10   wait for him to come back.  So about 35, 40

11   minutes passed, still haven't seen him, so

12   I asked her if she would drive me back by

13   the house to see if he was still there.

14        Drove by.  He was in the door.  They

15   were standing, watching television,

16   watching movies.  And so I slowed down --

17   we slowed down and went up the street.

18   Then we came back by and slowed down in

19   front of the house to make sure -- we were

20   watching.  She was showing him movies on

21   television.  So we went on and went to her

22   house, and then I left.  I went to my

23   sister's house in Birmingham that night.

113

1                    MR. BECK:  I've got to take about

2                a two-minute break.

3                (Brief recess.)

4    Q.   Mr. Davis, I'm going to show you some

5         photos, and I want you to tell me who's in

6         the picture, if you can, where the picture

7         was made and who took the picture.  Okay?

8                (Defendant's Exhibits 23 through 72

9                were marked for identification.)

10   Q.   Exhibit 23.

11   A.   Okay.  That's me.  I guess that's about

12        '90 -- I don't know what, early '90's, late

13        90's, early '90's or something.  I don't

14        know.

15   Q.   Who is in the picture with you?

16   A.   That's Ms. Lee.

17   Q.   And where was that picture taken?

18   A.   I don't remember.

19   Q.   Turn that down.  I'm going to show you

20        Exhibit 24.  Who's in that picture?

21   A.   That's Ms. Lee.

22   Q.   And where was that taken?

23   A.   I think that's her apartment in New York.

1   A.   Yes.

2   Q.   Okay.  Who is in 72?

3   A.   That's the same lady who I didn't recognize

4        before.

5   Q.   But that was taken at Rosedon, I

6        understand?

7   A.   Uh-huh (positive response.)

8   Q.   And you said --

9   A.   Oh, no, this was taken -- this was a hotel

10       room here.

11  Q.   Okay.  But she had visited you at Rosedon

12       as I recall?

13  A.   No.  This --

14  Q.   That one had not?

15  A.   This particular person -- see, I had a

16       couple other roommates and -- who had left

17       some things there and some -- See, if

18       Ms. Dumas had talked to me earlier, see --

19            MR. ROUNTREE:  I just want to

20            know -- On the record, I'm

21            going to object to the form on

22            those as being irrelevant, but

23            go ahead.  That's why I let

128

1       them -- let you go ahead and

2       ask about them.

3                   THE WITNESS:  Okay.  But, still,

4           I'd like to say something

5           about them anyway.

6    A.     Because, see, most of this is the reason

7           she was doing these things.  If she had

8           talked to me, I could have told her what

9           they were.

10          Because a lot of that stuff I had told

11          her -- I told her -- I said, now, I did a

12          couple of things that I really felt bad

13          about.  And I made an x-rated movie with a

14          friend of mine, and I had told her that I

15          did something that I really didn't feel

16          good about.  It didn't last that long, but

17          it was something that still bothered me

18          very, very much.

19          And I had told Ms. Dumas that I had

20          done it.  I didn't tell her what it was,

21          but that's what -- this is one of the

22          things that I did, making that film that I

23          made, and I really regret doing what I

1          did.  And she talked to me.

2    Q.   And who was in that film with you?

3    A.   That was a friend of mine, Ms. Moss.

4    Q.   And that was the wife of the person who

5          worked at Greyhound?

6    A.   Right, uh-huh (positive response.)

7    Q.   That rented with you at Rosedon for a

8          while?

9    A.   Right.  Yes.

10   Q.   And what did you do with that movie?

11   A.   She has all of that.

12   Q.   Who is she?

13   A.   Ms. Dumas.

14   Q.   And so you believe that Ms. Dumas got angry

15         with you because of what she found out

16         about going on with you and these other

17         women?

18   A.   Yes.

19   Q.   Well, did she confront you with it before

20         January 18th?

21   A.   The nephew had went back and told her that

22         I was dating from what I understand.  I'm

23         not saying that I know this for sure.  But

1    the police report on the telephone

2    conversation I had with the lady, when I

3    asked her to send the police to meet me, she

4    said meet them at the house, and I told her,

5    I said, no, I don't want to do that.  I said

6    I'd rather wait somewhere else.  And she

7    said -- and the lady on the phone said, okay,

8    well, can you wait at a neighbor's around the

9    corner?  And I said, yes, I'll do that.  And

10   I did.  I waited up the street at a

11   neighbor's  house until the police came by,

12   and then I went.  The police parked in front

13   of the door and I parked behind it.  And then

14   they saw me, Officer S. J. Watts.

15   Q.   Now, Officer Watts --

16   A.   Officer Watts was --

17   Q.    -- was the officer who was with you --

18   A.   When I went to the house.

19   Q.   -- on the night --

20   A.   On the night that this happened.  On the

21   18th.  That -- that was the same day that I

22   was evicted.

23   Q.   All right, sir.  Again, help me if you

1    didn't have how long I stayed in there.

2        MR. ROUNTREE:  It's a very poor report.

3    Q.  Prepared by Mr. Watts, I guess?

4    A.  Maybe.  I'm not sure, because -- no, sir, it

5        was not.  It was -- because what happened was

6        I -- we never could find out who it was who

7        made the actual report and put -- had me put

8        in jail.  We never found out who that was.  I

9        don't know who it was.  Because when I went

10       to try to get some help from the police

11       on -- on the 20th, I think it was -- let's

12       see.  18th, 19th.  On the 20th, I went down

13       to a couple of lawyers and asked questions

14       about what I could do to get my belongings

15       out of the house.  They said it was a civil

16       matter and it would be a lot of work.  And so

17       they suggested that I go to the County.  I

18       went to the County and I asked them.  They

19       said they couldn't do anything because it was

20       a civil matter.  I went to the police

21       department --

22   Q.  Now, when you say you went to the County,

23       would that be the Sheriff's Department?

1    A.   Yes, sir, uh-huh.

2    Q.   I'm sorry.

3    A.   I went to the police department then on

4        Ripley and I requested their help. And the

5        young lady stated that she could not do

6        anything for me, but that she had some sad

7        news for me; that I would be retained because

8        there was a warrant for my arrest for

9        criminal trespass.

10   Q.   Is that first time that you learned that she

11       had sworn out a warrant for you?

12   A.   Yes.  Well, they had mentioned it the

13       night -- you know, when the police and I went

14       in that night before, they had mentioned it,

15       because he had told her that she had the

16       right to do it.  But I didn't know whether

17       she would or not because she kept yelling,

18       I'll put you in jail, I will put you in jail;

19       but I didn't know that she, you know, would

20       go through with it.

21   Q.   About how long did the incident with Officer

22       Watts -- how long did that take?

23   A.   After we initially went into the back door

181

1    know anything about.  I had -- you know,

2    because I have other roommates who had lived

3    with me through the years.  But the ones that

4    I did recognize were in my safe.  And so I

5    know she had to have gone into my safe to get

6    those.

7    Q.   When you went in with Officer Watts that

8    Sunday evening, did you see the safe?

9    A.   I wasn't able to go in.

10    Q.   Okay.

11    A.   I was in the kitchen at the back door, and I

12    wasn't allowed to go in.

13    Q.   Were the nephew and his two friends still

14    there Sunday evening?

15    A.   The nephew -- I didn't see anybody but she

16    and the nephew.  They were the ones who came

17    rushing in cursing the police and me out.

18    And so they were -- they were the only ones

19    that were there.

20    Q.   That Sunday evening?

21    A.   That Sunday evening.

22    Q.   All right, sir.  You stayed there about 15

23    minutes give or take?

1        needed to come back, call an officer and they

2        would probably send somebody to come back

3        with me if I needed to come back.  But I had

4        to leave or he would put me in jail that

5        morning.  Okay.  And then I called Officer

6        Watts, and he -- after her -- hearing

7        Ms. Dumas and she had the deeds and all of

8        this, to the house, and then he told me that

9        I had no rights and that I had to leave and

10       that if I came back, that I would be

11       arrested.

12  Q.  Can you describe Officer Watts for me?

13  A.  He was a black officer also.  I guess he

14       might have been about six-two, three -- I'm

15       not sure, really -- and about 200 or so

16       pounds.

17  Q.  Did he say he had had any communication with

18       the officer from the morning?

19  A.  No, sir.

20  Q.  Do you think he had any knowledge of what had

21       taken place that morning?

22  A.  I doubt it.  I doubt it.  I don't think they

23       did.  Because that was early morning and this

1   to be that morning, because I stayed there

2   all day.

3           MR. ROUNTREE:  2:30.

4           THE WITNESS:  I think it was 12

5               something, wasn't it?

6           MR. ROUNTREE:  Yeah, 12:30.  I'm sorry.

7           THE WITNESS:  Yeah.  Okay.  Yeah.

8   Q.  All right, sir.  Let me show you what has now

9       been marked Defendant's Exhibit #77 and ask

10      you what that is, sir.

11  A.  That's the arrest report.  When I went down

12      to City Hall, they informed me that I was

13      going to be detained, and it was because of a

14      warrant that had been filed charging me with

15      criminal trespass.

16  Q.  All right, sir.  And about what time was

17      that?

18  A.  About 12:30 p.m. on the 20th of January.

19  Q.  All right, sir.  So what happened then when

20      they said they were going to have to detain

21      you?

22  A.  They -- I -- I had my cell phone with me, so

23      I called Mr. Hardy again, Tom Mr. Hardy again

1 and informed him that they were going to put

2 me in jail.

3 Q. And that cell phone number is?

4 A. His -- his number.  His number was 2 -- his

5 number was 288-6 -- 8607.  288-8607.

6 Q. Is that 334?

7 A. Yes, sir.  And he -- that's his number.  And

8 that's where I called for him to come and get

9 me.  And that cell phone number that you have

10 there is the number I called from, this one

11 here.

12 Q. Would be area code 205?

13 A. Yes, sir.

14 Q. 790-3457?

15 A. Uh-huh.

16 Q. Which is the account at Verizon?

17 A. Mary Drake, uh-huh.

18 Q. And about what time did he arrive?

19 A. I'm assuming it took -- at least five or six

20 hours I was there.

21 Q. Did they -- where did they -- where were you?

22 A. I was in a holding cell.  They took

23 fingerprints and pictures and all of this

1    stuff, I'll tell you.  And it was

2    embarrassing.

3  Q.  While you were there, did you see anyone that

4    you knew?

5  A.  No, sir.

6  Q.  Has anyone told you that they saw you there?

7  A.  No, sir.

8  Q.  And Mr. Hardy arrives and what happens then?

9  A.  He paid the $500 bail and then we had to wait

10    for a while until the paperwork, because he

11    said he had sat down there waiting for that

12    for a couple of hours waiting for them to go

13    through that procedure.  And after that was

14    cleared, then they told me I -- they came and

15    got me and gave me my clothes and all of my

16    belongings and told me that I could go.  And

17    so I left with him.

18  Q.  And about what time was that?

19  A.  It was late that afternoon.  I don't remember

20    the time.

21  Q.  Had it already gotten dark?

22  A.  I don't remember whether it had or not.

23  Q.  All right.  Where did you go, sir?