```
                     06-15-2004 TDavis.txt
                                                              1
 1              IN THE CIRCUIT COURT

 2                       FOR

 3          MONTGOMERY COUNTY, ALABAMA

 4

 5   THEODORE DAVIS,

 6        Plaintiff,

 7   vs.                           CIVIL ACTION NO.
                                   CV-04-370
 8
     ARMSTRONG RELOCATION, LLN,
 9   EDNA DUMAS, et al.,

10        Defendants.

11             * * * * * * * * * * * *

12

13        DEPOSITION OF THEODORE DAVIS, taken

14   pursuant to stipulation and agreement before

15   Patricia G. Starkie, Registered Diplomate Reporter,

16   CRR, and Commissioner for the State of Alabama at

17   Large, in the Law Offices of Capell & Howard, 150

18   South Perry Street, Montgomery, Alabama, on

19   Tuesday, June 15, 2004, commencing at approximately

20   9:20 a.m.

21             * * * * * * * * * * * *

22                     VOLUME I

23             * * * * * * * * * * * *


                                                              2

 1                    APPEARANCES

 2   FOR THE PLAINTIFF:

 3   Mr. Michael Rountree
     ROUNTREE & ASSOCIATES
 4   448 Saint Lukes Drive
     Montgomery, AL  36117
 5

 6   APPEARING ON BEHALF OF THE DEFENDANT DUMAS:
                          Page 1
```

06-15-2004 TDavis.txt

```
 7  Mr. George L. Beck, Jr.
    CAPELL & HOWARD
 8  Attorneys at Law
    150 South Perry Street
 9  Montgomery, Alabama  36104

10  APPEARING ON BEHALF OF THE DEFENDANT ARMSTRONG
    RELOCATION:
11
    Mr. C. Winston Sheehan, Jr.
12  BALL, BALL, MATTHEWS & NOVAK
    Attorneys at Law
13  2000 Interstate Park Drive, Suite 204
    Montgomery, Alabama  36109
14

15

16            * * * * * * * * * * * *

17

18

19                EXAMINATION INDEX

20      BY MR. BECK . . . . . . . . . . . .   6

21

22

23

                                                                  3

 1             DEFENDANT'S EXHIBIT INDEX

 2

 3  1    Notice of deposition                         10

 4  2    Offline Food Stamp Voucher                   51

 5  3    Eastern Associates, Inc. statement of        51
         account 10/1/96 - 12/23/96
 6
    4    Crawford & Company monthly payment           53
 7
    5    Waste Management invoice                     55
 8
    6    David Lerner Associates summary of           56
 9       account as of 11/30/01

10  7    Money orders                                 24

11  7-A  Postal Service money order receipt           66

12  7-B  Postal Service money order receipt           66

13  8    Receipts                                     26
```

```
                              06-15-2004 TDavis.txt
14    9    1998 Federal tax return                   38
15   10    1998 W-2 and earnings summary             41
16   11    1996 W-2 and earnings statement           42
17   12    12/2/02 letter to Theodore Davis from     42
           Department of Veterans Affairs
18
19   13    1998 Alabama tax return                   40
20   14    10/01/03 DHR food stamp allotment change  43
           of rate form
21   15    11/03/03 DHR Notice of Action             47
22
23


                                                                        4
 1
 2
 3   16    Alabama Gas Corporation bill status       48
 4   17    Waterworks detail history resident        48
           notice
 5
     18    Waterworks detail history                 49
 6
     19    Waterworks detail history                 49
 7
     19-A  Waterworks detail history                 50
 8
     20    Waterworks detail history                 49
 9
     21    Alabama Power receipt                     50
10
     22    List of items in house                    88
11
     23-72                                   Photographs    113
12
13
14
15
16
17              * * * * * * * * * * * *
18
19
20
                              Page 3
```

06-15-2004 TDavis.txt

21
22
23

5

1                    STIPULATION
2        It is hereby stipulated and agreed by and
3   between counsel representing the parties that the
4   deposition of:
5                    THEODORE DAVIS
6   is taken pursuant to the Alabama Rules of Civil
7   Procedure and that said deposition may be taken
8   before Patricia G. Starkie, Registered Diplomate
9   Reporter, CRR, and Commissioner for the State of
10  Alabama at Large, without the formality of a
11  commission;
12       That objections to questions other than
13  objections as to the form of the question need not
14  be made at this time but may be reserved for a
15  ruling at such time as the said deposition may be
16  offered in evidence or used for any other purpose
17  by either party provided for by the Statute.
18          It is further stipulated and agreed by and
19  between counsel representing the parties in this
20  case that the filing of said deposition is hereby
21  waived and may be introduced at the trial of this
22  case or used in any other manner by either party
23  hereto provided for by the Statute regardless of

6

1   the waiving of the filing of the same.
2           It is further stipulated and agreed by and
3   between the parties hereto and the witness that the

06-15-2004 TDavis.txt

4   So she said, you're going to get out of
5   here. I have the deeds to this house. You
6   don't have any proof at all. And I said,
7   oh, yes, I do. I said, I know I've been
8   living here, I said, and you're not going
9   to put me out of here like this. I said,
10  what are you trying to do?
11      So the guys came in I guess as a
12  threat. And so I said, well, I'm going to
13  call the police. Well, you call the
14  police. The police can't do anything about
15  this because I've got my proof right here.
16      So I think at that time, I think I did
17  call the police. And so she told me I had
18  to get out. While he was on his way, they
19  were still telling me to get out of the
20  house. And I told them -- I said, I'm not
21  going anywhere, I said, and we'll
22  straighten this out. I said, you guys are
23  going to get out of here.

                                                                61

1   So the police came, and so we told the
2   police what was going on. And so she had
3   the deed, and she handed him the deed. And
4   so I told him, I said, yeah, but she has
5   the other paperwork, too, I said, because
6   I'm buying this from her. And she made --
7   he's not buying a damn thing from me. And
8   this is my house, I have the deeds, and I
9   have the right to put him out.
10      So I said, well, even if that were so,

Page 47

06-15-2004 TDavis.txt

```
11   you don't have the right to put me out.  I
12   said, I don't have to go anywhere right
13   now.  I said, you would have to go through
14   a procedure to put me out of here.  I said,
15   but I don't want any trouble.  I said, I've
16   got good neighbors.  I don't even want them
17   to know what's going on.  She said she
18   didn't give a damn about that; all she
19   wanted was my ass out.
20        So the nephew was in the background,
21   telling me I had to get out, and he was
22   threatening.  So because of her and my
23   relationship, I didn't say a thing to him.
```

                                                                                       62

```
 1   I just let him talk.
 2        And then I got phone calls from the
 3   daughter.  The daughter called and said,
 4   what's this?  You remember telling me
 5   that -- at one time that you were buying
 6   this house from my mom?  Because she had
 7   given me a lot of problems before.  So I
 8   just told her what was happening.  I said,
 9   now, your mom and I had an agreement.  I'm
10   buying this house.
11        And so on the phone, she reminded me of
12   that.  She said, you remember telling me
13   that you were buying the house from my
14   mom?  Well, what's this stuff about?  My
15   mom has the deeds to the house, and my mom
16   said that she owns the house.  And so she
17   said, you're going to get yours, so on,
```