IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THEODORE DAVIS,                            )
                                           )
            Plaintiff,                     )
                                           )
     v.                                    )     CASE NO. 2:05-CV-00632-WKW
                                           )
ARMSTRONG RELOCATION, et al.,              )
                                           )
            Defendants.                    )

## **O R D E R**

Upon consideration of State Farm Fire and Casualty Company's Motion to Change Status as

Defendant to Intervenor and Provide Relief from the Court's Scheduling Order (Doc. # 32), it is

hereby ORDERED that the plaintiff and other parties defendant shall show cause on or before April

14, 2006,  why the motion should not be granted.

DONE this the 6th day of April, 2006.


            /s/   W.  Keith  Watkins
UNITED STATES DISTRICT JUDGE