IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THEODORE DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV-00632-WKW |
| | ) |
| ARMSTRONG RELOCATION, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of the defendants' motions for summary judgment (Doc. # 34 and # 37), it is ORDERED that the motions be submitted without oral argument on May 3, 2006.

It is further ORDERED that the plaintiff file responses that shall include a brief and any evidentiary materials **on or before April 26, 2006**. The defendants may file reply briefs **on or before May 3, 2006.**

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence, bound in a three-ring binder and tabbed, to the Chambers of the undersigned.**

DONE this the 6th day of April, 2006.

                                                           /s/ W. Keith Watkins
                                                           UNITED STATES DISTRICT JUDGE