RECEIVED
APR 24 2006
8:50
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | | |
|---|---|---|
| Theodore Davis ) | | Answer to Motion for Summary |
| Plaintiff, ( | | Judgment City of Montgomery & |
| v. ) | | Officer S. Watts. |
| ( | | |
| Armstrong Relocation, Lln ) | | Case No. 2:05 - cv - 632-WKW-VPM |
| Edna Dumas, et al ( | | |
| Defendant ) | | |

## PLAINTIFF'S DAVIS'S EVIDENTIARY SUBMISSION IN RESPONSE TO DEFENDANT'S CITY OF MONTGOMERY & WATTS MOTION FOR SUMMARY JUDGEMENT

COMES NOW, the Plaintiff, by and through his attorney of record and makes the following Evidentiary Submissions in Support of his response to Defendant's motion for summary judgement and in support of which would show unto the Court as follows:

1. Deposition excerpts of Theodore Davis;

    a. Page 47, 48, 156, 168, 170, 171

    b. Pages 174 to 213

2. Deposition excerpts of Edna Sirena Dumas, taken March 2, 2004 in another case;

    a. Page 1

    b. Page 5

    c. Page 36 to 37

    d. Page 41to 49

    e. Page 53 & 54

3. Affidavit of J. M. Perry

4. Affidavit of Aliya Bryant

5. Affidavit of Beatrice Lee

6. Affidavit of Joannie Walsh

7. Affidavit of Veronica Thomas

Respectfully submitted the 24th day of April 2006.

Michael Rountree (ROPU009) Counsel for Plaintiff

Of Counsel:

Rountree & Associates, LLC

448 Saint Lukes Drive

Montgomery, AL. 36117

Ph: 334-270-8291

Fx: 334-270-8294

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon the following counsel of record, by placing a copy of the same in the first class mail, postage prepaid on this the 24th day of April 2006.

Wallace D. Mills, Esq
City of Montgomery Attorney's Office
P.O. Box 111
Montgomery, Al. 36101-1111

Winston Sheehan, Jr. Esq.
Emily C. Marks, Esq.
Ball, Ball, Mathews & Novak, P.A.
P.O. Box 2148
Montgomery, Al. 36104

Jeffrey W. Smith, Esq.
Slaten & O'Conner, P.C.
105 Tallapoosa St., Suite 101
Montgomery, Al. 36104

George L. Beck, Jr. Esq
P.O. Box 2069
Montgomery, Al. 36102-2069

Judy B. Van Heest, Esq.
Beers Anderson Jackson Patty & Van Heest, P.C.
P.O. Box 1988
Montgomery, Al. 36102-1988

/s/ signature
OF COUNSEL