


On January 19 2004 about 8:00 a.m. I walked outside my house (230 Rosedon Dr) and looked down the street and noticed a large truck parked outside the house Ted Davis resided in. There were several people going in and out of this house, bringing furniture and other items outside. I called my neighbors across the street (Donald & Diane Johnson) and asked if Ted was moving and why he didn't tell anyone. Donald Johnson informed me that he too was curious so he called Ted Davis' house to speak with him, but a female answered the phone and replied that he no longer lives here (but used vulgar language) she cursed and told him not to call her house again. Throughout the day furniture, den, dining, bedroom, kitchen furniture were either put in this moving truck and the other items were put on the street. She and 2 other young black male were telling passerbyers to get what they wanted. Many of our neighb




EXHIBIT

were the first ones to take Ted Davis belongings without any remorse. The neighbors were told that (The woman) if they didn't want it, the items will be thrown away. The two young black men that were with this woman were cursing and throwing Ted personal items on the ground. They broke his family frame pictures, glass items, dishes, and a couple of lamps. The two males and female tore up Ted Davis tee-shirts, underwear then brought out condoms and taped these items on his car which was parked on the carport. The whole incident was very embarrassing. Later on that night all of Ted Davis prescription medication was given to anyone outside including a young man that got the (viagra) pills. He came running down the street in front of my house with the pill bottle in his hand, screaming I got the "MF" viagra now I'm going to find someone and F__K!!!!



(3)

They (3 of them) keep on calling my house and cursing me. My neighbors were told about the nude pictures of me, my children were told (by my neighbors) about the nude pictures of me. She and her nephews continued to harrass me by driving back and forth in front of my house. I was very afraid of leaving the house or even going outside. She (the woman) finally showed the picture (supposedly) of me to the neighbor that lives next door to me, she told (the woman) that the picture was not me. (The woman) never, ever saw me or knew me, nor did I have a sexual relationship with Ted Davis. Ted and I are friends and neighbors. When (the woman) saw me for the first time (I walked to my mailbox) she drove by, she realized that picture was not me. She told my neighbor that "its not her in this picture" and also Ted would not be interested in a fat

(4)

EXHIBIT
Perry

Bitch that looks like me. She nor her nephews never apologized. They disgrace me with my friends and neighbors and most importanly with my children. People never forget things like that even through nothing was true. I worked with Law Enforcement (17 years) this type of scandal was not good with my job. I am still with Law Enforcement, what she and her nephews did was degrading and unlawful.

Thank you,
Ms. Josephine M. Perry
Ms JOSEPHINE M. PERRY

Commission Expires   4/6/06