EXHIBIT 1
Bryant

On the day in question it started with me on the phone with my Mom and she said let me ride by here and see whats going on and I said yeah do that and tell me if you see anything. At this time my Dad had already been put out and was here in Birmingham staying with my Aunt. So my mom says "Aliya call your Daddy and tell him to get down here right now she's putting his furniture on the street." So I say "what!!" I'll be there in a few minutes. I didn't tell my Daddy, I just called a few friends and borrowed a van and the four of us went to Montgomery.

When we arrived there was an 18 wheeler moving van and some moving men bringing furniture, bags & miscellaneous things out of the house. I walked up to the yard and Edna came

EXHIBIT 2
Bryant

out with bags and adding them to the existing pile. I spoke and she said hello. I tried to talk to her and became unglued and said everything your father gets he deserved. While we were talking her nephew came out throwing things and breaking some. He had an arrogant, mean look on his face and was quite rude. I told Edna I jus wanted to get my Daddy's furniture and we would leave. She threw up her hands and shrugged her shoulders. So my friends & I started getting the furniture and other cars started to stop and walk up. At first it was one or two people and I said this is my Daddy's things and I'm trying to get them. Edna & her nephew were steady bringing things out throwing them and a couple walked up and asked her about the armoire to the bedroom suit, then told them that none of that


EXHIBIT 3
Bryant

furniture belonged to any of us. So I had one of my friends go and put on our truck. By now cars were stopping left and right. I couldn't say a word to anyone by now. The nephew was talking to the neighbor on the corner telling him about my Daddy, calling him names and saying he couldn't come back there anymore and was looking in my direction say fat B___h. My friend Freda called the police when Edna said anybody could have that furniture cause it didn't belong to anybody. When the officer arrived he asked who called and she said I did and explained to him that we jus wanted to get my Daddy furniture that we could get & leave and she called cause we didn't want any problems. Edna comes out when she sees the officer, they speak + shake hands and realized they met



EXHIBIT 4
Bryant

the night before. We proceed to get furniture and Edna and the officer stand by his car and talk for about 30-45 min approximately and then go in the house. When they return outside about 15 min later the officer is carrying a small plastic bag with something in it. He goes to his ~~truck~~ trunk and puts the bag in the trunk, all the while he and Edna are laughing and carrying on a conversation then he leaves. After he initially arrived and asked who called, he never said a word to us or ask us another question. By this time the yard is swarming with people, the neighbors are standing in their yards looking and some even helped themselves to what they could. So I had to stand out there and pull to the side the things I wanted and stand by them until me + my friends could load it. My goal now was to at least

EXHIBIT 5
Bryant

get the meaningful furniture, expensive furniture, important documents and photos and any clothes. After searching through piles of bags, boxes and large pieces of furniture scattered across the front yard and driveway and trying to beat the crowd I ended up with the master bedroom suit with only the box spring, the dining room table, no chairs, and the entertainment center. I found a few photos of myself and my son and a few documents. I asked Edda about the 60" or 64" big screen tv that was still in the house and I saw because the front door was open, she said it wasn't my daddy's she bought it. She t.v. never came out of the house. The nephew brought some things to side of the house where some people were standing, as well as allowing some people to go into the house and bring things out. As the crowd grew

EXHIBIT 6
Bryant

cars were packed with things mattresses, dressers, chairs, patio furniture, kitchen appliances, bags, boxes, etc. I did not find any clothes, and none of his electronics (VCRs, DVD players, cameras). After I got all the furniture I could I left. I then called my Daddy and told him what I was able to get and he asked about his safe and told me it was in his closet and had alot of money in it approx. $8000 Dollars or more and I told him I didn't see it. So I got my Mom to accompany me because I was sure she wouldn't let me go in the house and my Mom asked Edna about it and she said she never saw a safe and my Mom could look but she didn't find it, nor was it out on the pile of furniture. As night fell and the crowd died down I passed back by the house and all the furniture was gone. All that was left were some bags

EXHIBIT 7
Bryant

torn boxes and papers scattered across the yard.

X Aliya Bryant        6-4-04
                      Date

Jamilla King Dukes
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Aug 19, 2006
BONDED THRU NOTARY PUBLIC UNDERWRITERS