I received two telephone calls from Edna Dumas, one on Monday, February 9th and another on Thursday, February 12, 2004. I cannot remember what was said on what day, however, I do and will swear to her making the following remarks, and during the first conversation, my mother and sister were both present

It went like this. Do you know a Ted Davis in Montgomery? You don't know me, but I know all about you. I know you've been seeing Ted for about six years now, right. Did Ted tell you about me and that that's my house he screwing you and every Tom, Dick and Harry in. Did I catch you at a bad time (and before I could respond) she proceeded to say, I just wanted to call you and tell you that you should go and have yourself checked out. Ted is leading a double life; he's sleeping with more than just women. Girl you should have seen the shit I've found around here. Pictures of naked women, nasty movies, used rubbers and I'm still finding shit.

Do you live alone and when I replied yes, she said good cause he going to be needing a place to stay, maybe he can come stay with you cause I put his ass out of here. However, if you knew like I know you wouldn't have anything to do with him either. He thought that I was in New Jersey when I phoned him on my cell phone from the plane. In addition, during our conversation, I never lead on that I was on my way there; I was going to surprise him. I'd said that if nothing happened with us by the first of the year then I was cleaning house, getting him out of my life and moving on. So about a couple of hours after our conversation, I showed up at the door and demanded that he leave immediately. In addition, he tried his best to talk me out of it and then said that I could not put him out and called the police. When they arrived and I showed them the deed to the house, they insisted that he leave the premises at once.

I'm going to get him if it's the last thing I do, when I'm finished with him, he's going to wish that he'd never met Edna Dumas. I hope you do not think that you are the only one he seeing, girl, he has one in Florida, Birmingham, he had me in Jersey and you in Fairhope and god only knows whom else. He likes those long distance relationships. Do you have a pencil and paper, take this number down, and after the number, she gave me a name and when I asked who it was, she replied that that was the woman in Florida and went on to give me another number and I stopped her. I am just a friend of Ted's, I know he's seeing other women. Well did you know that he slept with his best friend's wife and put it on tape, how low can you be and she was suppose to be my friend. So I told her husband and sent him the tape and he said that Ted had came over begging for his forgiveness and crying and carrying on.

He has never been married and at his age, that should have been a red flag not to mention the fact that he wears finger nail polish.



Yeah, I heard about the swimming parties he had, were you there. I was told that there was a woman walking around the place as if she lived there. I am sitting here now looking at a picture of this half-naked woman standing up at my stove cooking.

During my conversation with James Moss, I asked him about you and he said that Ted had told him that I, Joannie wanted to marry him, but he was not going to marry me. James told her the first time we met and my first trip to Montgomery. He also said that he thought that the house belong to Ted.

After doing what he did to me, he doesn't deserve to have anything. So let him start all over after wasting all of those years of my life lets' see how he likes starting all over again. It gave me such pleasure in throwing all of his stuff out, he did not deserve anything after the way he has treated me, she said.

He has always lived off of his women, so you're next and I stated that I didn't have anything and she laughed.

*Joannie Walsh*

*Danielle J. Harper*
My Commission Expires August 22, 2007

