In The United States District Court
For The Middle District of Alabama
Northern Division

| | | |
|---|---|---|
| Theodore Davis, | ) | Answer To Motion for |
|    Plaintiff, | ( | Summary Judgement |
| v. | ) | |
| | ( | |
| Armstrong Relocation, Lln | ) | Case No. 2:05-cv-632 |
| Edna Dumas, et al | ( | |
|    Defendants. | ) | |

## PLAINTIFF'S DAVIS'S EVIDENTIARY SUBMISSIONS IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

COMES NOW, the Plaintiff, by and through his attorney of record and makes the following Evidentiary Submissions in support of his response to defendant's motion for summary judgement and in support of which would show unto the Court as follows:

1. Deposition excerpts of Theodore Davis;
2. Deposition excerpts of Edna Sirena Dumas, taken March 2, 2004
3. Affidavit of J. M. Perry
4. Affidavit of Aliya Bryant
5. Affidavit of Beatrice Lee
6. Affidavit of Joannie Walsh
7. Copies of the contract signed by Dumas for Woods
8. Affidavit of Veronica Thomas

Respectfully submitted this the 24th day of April 2006.

Michael Rountree (ROU009)

OF COUNSEL:

Rountree & Associates, LLC
448 Saint Lukes Drive
Montgomery, Al. 36117
334-270-8291

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon the following counsel of record, by placing a copy of the same in the first class mail, postage prepaid on this the ___24th___ day of April 2006.

Wallace D. Mills, Esq
City of Montgomery Attorney's Office
P.O. Box 111
Montgomery, Al. 36101-1111

Winston Sheehan, Jr. Esq.
Emily C. Marks, Esq.
Ball, Ball, Mathews & Novak, P.A.
P.O. Box 2148
Montgomery, Al. 36104

Jeffrey W. Smith, Esq.
Slaten & O'Conner, P.C.
105 Tallapoosa St., Suite 101
Montgomery, Al. 36104

George L. Beck, Jr. Esq
P.O. Box 2069
Montgomery, Al. 36102-2069

Judy B. Van Heest, Esq.
Beers Anderson Jackson Patty & Van Heest, P.C.
P.O. Box 1988
Montgomery, Al. 36102-1988

_____
OF COUNSEL