June 8, 2004

TO: Ted Davis

This is what I was told by Edna:

She hired movers to move your furniture and heavy items out of your house. These items were placed on the lawn and carried away by anyone who wanted them. People came into the house and took whatever they wanted of smaller items.

She ordered a dumpster and everything that wasn't taken were thrown into the dumpster as garbage. She said the police gave you five minutes to get what you could, after which you were put out with just the clothes on your back. Everything that was left in the house after people took what they wanted were thrown out.

Beatrice Lee

*Beatrice Lee*
6/8/04

GLORIA J. CAPERS
NOTARY PUBLIC, State of New York
No. 31-4910046
Qualified in New York County
Commission Expires Oct. 26, 05

Notary Signature_____

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 8 DAY OF June 2004
*Gloria J. Capers*
NOTARY PUBLIC

Date_____


EXHIBIT