Case 2:05-cv-00632-WKW-WC    Document 44-8    Filed 04/24/2006    Page 3 of 4

**Combined Uniform Household Goods Bill of Lading and Freight Bill**

# ARMSTRONG RELOCATION
541 LAMCO ST.
MONTGOMERY, AL 36117
334-279-9822

YL 500241

Name: Eddie Wood    Tel:

From: 207 Boscobin Drive    Apt.

Mont AL 36116

To:    Apt.

Other Stops:

Moving Date: 1/19/04    Day: 1    Time: 10:00

Moving Rate: 1    Vans: 2    Men @ $ 150.00 Per Job Hr. Plus    Hrs. Travel Time

| TIME RECORD | | |
|---|---|---|
| Start | | Customer Initials |
| Finish | | Customer Initials |
| JOB HOURS | | |
| TRAVEL TIME | | |
| TOTAL HOURS | | |

## ESTIMATE OR REMARKS
(Approx. estimate packing date, instructions on job or other info)

Bird 3 Hr Min Take Items
From House put in Driveway

| Article | Value |
|---|---|
|  |  |
|  |  |

| RATES AND DESCRIPTION | | | CHARGES |
|---|---|---|---|
| MOVING | 4 hours @ $ 150.00 per hr. | | 600.00 |
| OVERTIME | hours @ $ per hr. | | |
| CARTAGE | cu. ft. @ $ per cu. ft. | | |
| WEIGHT | lbs. @ $ per lb. | | |
| PIANO CHGS. | | | |
| OTHER | | | |
| Barrels packed | @ $ | each | |
| Barrels loaned | @ $ | each | |
| Wardrobes | @ $ | each | |
| Cartons or boxes | @ $ | each | |
| Matt cartons | @ $ | each | |
| Other | | | |
| Whse. Labor chgs. | | | |
| Storage chgs. | | | |
| Other | | | |

CUSTOMER: Eddie Wood

BY:

MOVER: **ARMSTRONG RELOCATION**

BY:

Amt. $    @ $    per $100.00

Receipt #

**TOTAL CHARGES** 600.00

Advance Deposit 200.00

### DELIVERY RECEIPT
Except as specifically endorsed hereon
All services and All articles received in Good Condition

CUSTOMER: Eddie Wood

BY:

BALANCE DUE

**RECEIVED PAYMENT**
MOVER: ARMSTRONG RELOCATION $ 400.00 cash

BY:

**MOVER'S (Carrier) COPY**

TERMS: Charges Payable in Cash, Money Order or Certified Check on Delivery

March 19, 2004

On January 19, 2004, a moving van arrived at the residence of then Theodore Davis on Rosedon Dive at approximately 9 or 9:30 in the morning. The moving men started moving furniture on the street; they put a few things in the moving truck. People in the neighborhood started stopping by and taking things. A policeman can and started talking to the lady in the house he had a bag in his hand and took something to the trunk of his police car. People were stopping by all day, later that night a wrecker came and pulled a car from the driveway that was parked near the privacy fence.

Veronica Thomas

State of Alabama, County of Montgomery

On this __19th__ day of __March__, 2004, personally appeared before me the said named __Veronica Thomas__ to me known and known to me to be the person described in and who executed the foregoing instrument and she acknowledged that she executed the same and being duly sworn by me, made oath that the statements in the document are true.

Signed_____
Notary Public

SEAL

My commission expires: __08/17/04__

