IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THEODORE DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-CV-00632-WKW |
| ARMSTRONG RELOCATION, et al., | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of State Farm Fire and Casualty Company's Motion to Change Status as Defendant to Intervenor and Provide Relief from the Court's Scheduling Order (Doc. # 32), it is ORDERED that the motion is GRANTED. The Clerk is DIRECTED to style the case accordingly. State Farm is permitted to continue to participate in discovery and to submit interrogatories to the jury should a verdict be rendered against its insured.

DONE this the 28th day of April, 2006.


　　　　　　　　　　　　　　/s/   W.  Keith  Watkins
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE