IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **THEODORE DAVIS,** ) | |
| ) | |
|    **PLAINTFF,** ) | |
| ) | |
| VS. ) | **CASE NO: 2:05-cv-632-WKW** |
| ) | |
| **ARMSTRONG RELOCATION, Lln,** ) | |
| **EDNA DUMAS, CITY OF** ) | |
| **MONTGOMERY, et al.,** ) | |
| ) | |
|    **DEFENDANTS.** ) | |

### DEFENDANTS CITY OF MONTGOMERY AND OFFICER SHELLY WATTS NOTICE OF APPEARANCE AS TRIAL COUNSEL

**COMES NOW** Michael D. Boyle, and gives notice to this Honorable Court that he is filing his appearance as trial counsel on behalf of the above named defendants, in the above-styled action.

Respectfully submitted this the 4TH day of May, 2006.

                                                /s/ Michael D. Boyle
                                              MICHAEL D. BOYLE (ASB-1585-E68B)

**OF COUNSEL:**

CITY OF MONTGOMERY
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111
Telephone: (334) 241-2050
Facsimile:  (334) 241-2310

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 4rd day of May, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Michael Rountree, Esq.
448 Saint Lukes Dr.
Montgomery, AL 36117

George L. Beck, Jr. Esq.
P.O. Box 2069
Montgomery, AL 36102-2069

Jeffrey W. Smith, Esq.
Slaten & O'Connor, P.C.
105 Tallapoosa Street, Suite 101
Montgomery, Alabama  36104

Winston Sheehan, Jr. Esq.
Ball, Ball, Mathews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36117

Judy B. Van Heest, Esq.
Beers Anderson, Jackson, Patty & Van Heest, P.C.
Post Office Box 1988
Montgomery, Alabama  36102-1988

Terrie Scott Biggs, Esq.
Capell Howard, PC
P. O. Box 2069
Montgomery, AL  36102-2069

Emily C. Marks, Esq,
Ball, Ball, Mathews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36117

and I hereby certify that I have also mailed by United States Postal Service the document to the above named non-CM/ECF participants.

                /s/Michael D. Boyle
                Of Counsel