IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THEODORE DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 2:05-cv-632-WKW |
| vs. ) | |
| ) | |
| ARMSTRONG RELOCATION, LLC, ) | |
| Edna Dumas, et al. ) | |
| ) | |
| Defendants. ) | |

### ARMSTRONG RELOCATION'S WITNESS LIST

**COMES NOW** the Defendant, Armstrong Relocation, LLC, and pursuant to this Court's Scheduling Order lists the following persons who may be called to testify at trial:

1. Theodore Davis, c/o Hon. Michael Rountree, Rountree & Associates, P.C., 448 Saint Luke's Drive, Montgomery, AL 36117; (334) 270-8291.

2. Edna Dumas, c/o Hon. George Beck, Jr., Capell & Howard PC, 150 South Perry Street, Montgomery, Alabama 36104; (334) 241-8000.

3. Eddie Woods, address and telephone number unknown.

4. Corporate Representative for Armstrong Relocation, 5414 Lamco Street, Montgomery, AL 36117-2153; (334) 279-9822.

5. Jason Meadows, Armstrong Relocation, 5414 Lamco Street, Montgomery, AL 36117-2153; (334) 279-9822.

6. Lee Green, Armstrong Relocation, 5414 Lamco Street, Montgomery, AL 36117-2153; (334) 279-9822.

7. Edwin Lollar, Armstrong Relocation, 5414 Lamco Street, Montgomery, AL 36117-2153; (334) 279-9822.

8. Ernie Ferry, Armstrong Relocation, 5414 Lamco Street, Montgomery, AL 36117-2153; (334) 279-9822.

9. Any record custodian necessary to authenticate any document or record objected to at any time by counsel for any other party to this action.

10. Any person named or referred to by description in the witness list of any other party to this action.

11. Any witness who may be discovered by this defendant after the date of this witness list, whose identity will be furnished to counsel for all other parties immediately upon discovery of said witnesses.

12. Defendant reserves the right to present at trial the deposition testimony given by any party or witness in this case.

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.
Attorney for Armstrong Relocation, LLC

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

George Lamar Beck , Jr    glb@chlaw.com, terrie@chlaw.com;roxie@chlaw.com

Terrie Scott Biggs    tsb@chlaw.com, julie@chlaw.com

Joint Chambers    jointchambers@almd.uscourts.gov

Wallace Damon Mills    wmills@ci.montgomery.al.us

Michael W. Rountree    mwrra@knology.net, rtreesigpc@aol.com

Jeffrey Wilson Smith    jsmith@slatenlaw.com, cmclean@slatenlaw.com

Judy B. Van Heest    jvanheest@beersanderson.com, brenda@beersanderson.com

/s/ C. Winston Sheehan, Jr.
OF COUNSEL