**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| THEODORE DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No.: 2:05-cv-632-MHT |
| ARMSTRONG RELOCATION, Lln, | ) |
| EDNA DUMAS, CITY OF | ) |
| MONTGOMERY, et. al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT, CITY OF MONTGOMERY'S WITNESS LIST**

COMES NOW, the Defendant, City of Montgomery, and submits the following names of witnesses or potential witnesses to be called in the trial of the above styled matter:

1. Shelley Watts
   320 N. Ripley Street
   Montgomery, AL  36104
   TEL: 334-241-2050
   Expected to be called at trial

2. Theodore Davis
   c/o Hon. Michael Rountree
   Rountree & Associates
   448 St. Lukes Drive
   Montgomery, AL  36117
   TEL:  270-8291
   Will call if necessary

3. Edna Dumas
   c/o Hon. George Beck, Jr.
   Capell Howard, P.C.
   150 South Perry Street
   Montgomery, AL  36104
   Will call if necessary

4. Corporate Representative of Armstrong Relocation
5414 Lamco Street
Montgomery, AL 36117-2153
TEL: 334-279-9822
Will call if necessary

5. Lee Green
Armstrong Relocation
5414 Lamco Street
Montgomery, AL 36117-2153
TEL: 334-279-9822
Will call if necessary

6. Edwin Lollar
Armstrong Relocation
5414 Lamco Street
Montgomery, AL 36117-2153
TEL: 334-279-9822
Will call if necessary

7. Ernie Ferry
Armstrong Relocation
5414 Lamco Street
Montgomery, AL 36117-2153
TEL: 334-279-9822
Will call if necessary

8. Eddie Woods
c/o Hon George Beck, Jr.
Capell Howard, P.C.
150 S. Perry Street
Montgomery, AL 36104
Will call if necessary
(334) 241-8000

9. Alyia Bryant
1118 Autumnwood Drive
Birmingham, AL 35216
Will call if necessary

10. T. K. Jackson
320 N. Ripley Street
Montgomery, AL 36104
TEL: 334-241-2050
Will call if necessary

11. N. W. McMahon
    320 N. Ripley Street
    Montgomery, AL  36104
    TEL: 334-241-2050
    Will call if necessary

12. Kevin Murphy
    320 N. Ripley Street
    Montgomery, AL  36104
    TEL: 334-241-2050
    Will call if necessary

13. M. B. Trotter
    320 N. Ripley Street
    Montgomery, AL  36104
    TEL: 334-241-2050
    Will call if necessary

14. Josephine Perry
    230 Rosedon Drive
    Montgomery, AL  36116
    Will call if necessary

15. Veronica Thomas
    3171 Fernway Drive
    Montgomery, AL  36111-1814
    TEL:  (334) 356-5504
    Will call if necessary

16. Any witnesses necessary for impeachment or rebuttal.

17. Any witnesses listed in Plaintiff's witness list.

Dated this the 2nd day of June, 2006.

/s/ Wallce D. Mills
Wallace D. Mills (MIL 090)
Assistant City Attorney

**OF COUNSEL:**
**City of Montgomery, Legal Dept.**
103 N. Perry St.
Montgomery, AL 36104
(334) 241-2050
(334) 241-2310 – fax

**CERTIFICATE OF SERVICE**

      I electronically filed the foregoing with the clerk of court using the CM/ECF system, which will send notification of such filing to the following parties or counsel by e-mail:

Michael Rountree, Esq.
448 Saint Lukes Dr.
Montgomery, AL 36117

George L. Beck, Jr. Esq.
P.O. Box 2069
Montgomery, AL 36102-2069

Jeffrey W. Smith, Esq.
Slaten & O'Connor, P.C.
105 Tallapoosa Street, Suite 101
Montgomery, Alabama  36104

Winston Sheehan, Jr. Esq.
Ball, Ball, Mathews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36117

Judy B. Van Heest, Esq.
Beers Anderson, Jackson, Patty & Van Heest, P.C.
Post Office Box 1988
Montgomery, Alabama  36102-1988

Terrie Scott Biggs, Esq.
Capell Howard, PC
P. O. Box 2069
Montgomery, AL  36102-2069

Emily C. Marks, Esq,
Ball, Ball, Mathews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36117

and I hereby certify that I have also mailed by United States Postal Service the document to the above-named non-CM/ECF participants:

                                         /s/ Wallace D. Mills_____
                                         Of Counsel