IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUN -2 P 3: 52

| | | |
|---|---|---|
| THEODORE DAVIS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.: 2:05-cv-632-WKW |
| | * | |
| ARMSTRONG RELOCATION, LLC, | * | |
| EDNA DUMAS, et al | * | |
| | * | |
| Defendants. | * | |

## WITNESS LIST OF DEFENDANT EDNA DUMAS

**COMES NOW** Defendant Edna Dumas, by and through one of her attorneys of record, and list the following persons who may be called to testify at the trial of this cause.

1. Edna Dumas.

2. All witnesses listed by Plaintiff.

3. All witnesses listed by Armstrong Relocation.

4. All witnesses listed by the City of Montgomery.

5. All witnesses listed by Corporal Shelley Watts.

6. All witnesses who have been deposed in this cause.

7. This Defendant reserves the right to present at trial the deposition testimony given by any party or witness in this case.

Respectfully submitted this the 2nd day of June, 2006.

                                         /s/ Jeffrey W. Smith
                                         JEFFREY W. SMITH (SMI088)
                                         Attorney for Defendant Edna Dumas

**OF COUNSEL**
SLATEN & O'CONNOR, P.C.
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
(334) 396-8882 - PH
(334) 396-8880 - FAX

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I have served a copy of the foregoing document upon the below listed counsel of record, by placing copy of same in the United States Mail, postage prepaid this the 2nd day of June, 2006:

| | |
|---|---|
| Wallace D. Mills, Esq.<br>**Assistant City Attorney**<br>Legal Department<br>Post Office Box 1111<br>Montgomery, AL 36101-1111 | Winston Sheehan, Jr., Esq.<br>Emily C. Marks, Esq.<br>**Ball, Ball, Matthews & Novak**<br>Post Office Box 2148<br>Montgomery, AL 36117 |
| Michael Roundtree, Esq.<br>448 Saint Lukes Drive<br>Montgomery, AL 36117 | Judy B. Van Heest, Esq.<br>**Beers, Anderson, Jackson, Patty**<br>**& Van Heest, P.C.**<br>Post Office Box 1988<br>Montgomery, AL 36102-1988 |
| George L. Beck, Jr., Esq.<br>Post Office Box 2069<br>Montgomery, AL 36102-2069 | Terrie Scott Biggs, Esq.<br>**Capell Howard, PC**<br>P.O. Box 2069<br>Montgomery, AL 36102-2069 |

                                           /s/ Jeffrey W. Smith
                                         OF COUNSEL