IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Theodore Davis, | ) | |
|     Plaintiff | ) | |
| v. | ) | Case No.   2:05-cv-632-MHT |
| | ) | |
| Armstrong Relocation, Lln, | ) | PLAINTIFF'S WITNESS LIST |
| Edna Dumas, City of Montgomery, | ) | |
| et. Al. | ( | |
|     Defendants. | ) | |

## PLAINTIFF'S T. DAVIS' WITNESS LIST

Comes Now the Plaintiff, Theodore Davis, via counsel Michael Rountree, and submits the following information as potential witnesses to be called at trial in the above styled matter.

1. Edna Dumas, 36 Jersey St. No. 9, East Rutherford, N.J. 07073
2. Theodore Davis, 5608 Terrace J, Birmingham, Al. 35208
3. Officer Shelley Watts, 320 N. Ripley St. Montgomery, Al. 36117
4. Eddie Woods, c/o Hon. George Beck, Jr 150 S. Perry Street, Montgomery, Al.36104
5. Marie Crum, 3261 Virginia Pine Lane, Montgomery, Al. 36116
6. Thomas Hardy, 3800 Dilworth Road, Montgomery, AL. 36108
7. Aliya Bryant, 1118 Autumn Wood Drive, Birmingham, Al. 35216
8. Linda Grant, 206 Spring Valley Road, Montgomery, Al. 36116
9. Mary Drake - Address unknown at present will supplement as info is available
10. Joannie Walsh - Address unknown at present will supplement as info is available
11. Freda Wise 1118 Autumn Wood Drive, Birmingham, Al. 35216

12. Richard & Linda Grant 206 Spring Valley Road, Montgomery, Al. 36116

13. Josephine Perry, 489 Earls Place, Montgomery, Al. 36104 263-0163

14. Veronica Thomas, 3171 Fernway Drive Montgomery, Al. 36111-1814

15. All witnesses listed by Armstrong Relocation.

16. All witnesses listed by the City of Montgomery.

17. All witnesses listed by Corporal Shelley Watts.

18. All witnesses listed by Edna Dumas.

19. Any and all witnesses necessary for impeachment or rebuttal.

20. Plaintiff reserves the right to present at trial the deposition testimony given by any party or witness that related to this matter.

Done this the __2rd__ day of June, 2006.

_____
Michael Rountree, (ROU009)
Counsel for the Plaintiff

Of Counsel:

ROUNTREE & ASSOCIATES, P.C.
448 Saint Lukes Drive
Montgomery, Alabama 36117
Phone:  (334) 270-8291
Fax:    (334) 270-8294

CERTIFICATE OF SERVICE

I hereby certify that I have this 2nd day of June, 2006, served a copy of the foregoing amended complaint to all known parties to this proceeding by placing the same in the United States mail, properly addressed and first-class postage prepaid to the following counsel of record.

Winston Sheehan, Jr. Esq.          Hon. George L. Beck, Jr.
Ball, Ball, Mathews & Novak, P.A.  Post Office Box 2069
P.O. Box 2148                      Montgomery, Al. 36102-2069
Montgomery, Al. 36117

City of Montgomery Attorney's Office  
Wallace D. Mills, Esquire  
103 North Perry Street  
Montgomery, Al. 36104  

Judy Van Heest, Esquire  
Beers, Anderson, Jackson, Patty & Van Heest, P.C.  
P.O. Box 1988  
Montgomery, Al 36102  

Jeffrey W. Smith, Esq.  
Slaten & O'Connor, P.C.  
105 Tallapoosa Street, Suite 101  
Montgomery, Alabama 36104  

_____  
OF COUNSEL