IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THEODORE DAVIS, *et al.,* | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 2:05-cv-632-WKW |
| | ) |
| ARMSTRONG RELOCATIONS, Lln, *et al.* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion to Withdraw as Counsel (Doc. # 53) filed on June 9, 2006, it is hereby

Ordered that counsel serve a copy of the motion on the plaintiff by first class mail, postage prepaid, and to so certify to the Clerk by certificate of service; it is further ordered that counsel for the plaintiff provide the Clerk a valid address for the plaintiff.

Upon compliance with this Order, the motion will be granted.

DONE this day 13th of June, 2006.

                                              /s/  W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE