# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| Theodore Davis, | ) | |
| Plaintiff | ) | |
| v. | ) | Case No.  2:05-CV-00632-WKW |
| | ) | |
| Armstrong Relocation, Lln, | ) | **PLAINTIFF'S** |
| Edna Dumas, City of Montgomery, | ) | **NOTICE OF SETTLEMENT CONFERENCE** |
| et. Al. | ( | |
| Defendants. | ) | |

## PLAINTIFF'S T. DAVIS' NOTICE OF SETTLEMENT CONFERENCE

Comes Now the Plaintiff, Theodore Davis, with the help of former counsel, Michael Rountree, and submits the following information to the Court that the Parties have conducted two different settlement conferences in this matter and state as follows:

1. That on or about the 17th of April the counsel for parties met and discussed settlement in this matter and thought that a notice of the attempt had been made to the Court.

2. That on that date the parties could not reach an agreement due to issues regarding summary motions filed with the Court.

3. The counsel for the Parties again met on the on the 11th day of July via telephone conference and discussed possible settlement issues. Present for said discussion was Winston Sheehan, Jr. Esq., Wallace D. Mills, Esq., Jeffrey W. Smith, Esq., and Michael Rountree, Esq.

4. The parties could not reach a settlement in this matter.

5. Mr. Rountree has met with me and advised me of the issues that the Defendants have in this matter and that the matter could not be settled at this time.

6. Mr. Rountree further advised me that his health problems will not allow him to continue in this case and that he has curtailed a large portion of his current case load by transferring files to other attorneys. However, he has not been able to secure an attorney for me in this matter at this time.

7. My address is: Theodore Davis, 5608 Terrace J, Birmingham, Al. 35208

8. I further acknowledge that Mr. Rountree cannot continue to be my counsel in this matter due to his health problems.

Theodore Davis, Pro Se
5608 Terrace J
Birmingham, AL. 35208
(205) 790-3457

CERTIFICATE OF SERVICE

I hereby certify that I have this 12th day of July, 2006, served a copy of the foregoing amended complaint to all known parties to this proceeding by placing the same in the United States mail, properly addressed and first-class postage prepaid to the following counsel of record.

Winston Sheehan, Jr. Esq.
Ball, Ball, Mathews & Novak, P.A.
P.O. Box 2148
Montgomery, Al. 36117

City of Montgomery Attorney's Office
Wallace D. Mills, Esquire
103 North Perry Street
Montgomery, Al. 36104

Hon. George L. Beck, Jr.
Post Office Box 2069
Montgomery, Al. 36102-2069

Jeffrey W. Smith, Esq.
Slaten & O'Connor, P.C.
105 Tallapoosa Street, Suite 101
Montgomery, Alabama 36104

Judy Van Heest, Esquire
Beers, Anderson, Jackson, Patty & Van Heest, P.C.
P.O. Box 1988
Montgomery, Al 36102

Theodore Davis, Pro Se