# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| Theodore Davis, | ) | |
| Plaintiff | ) | |
| v. | ) | Case No.    2:05-CV-00632-WKW |
| | ) | |
| Armstrong Relocation, Lln, | ) | **PLAINTIFF'S** |
| Edna Dumas, City of Montgomery, | ) | **MOTION FOR CONTINUANCE DUE TO** |
| et. Al. | ( | **NEED TO SECURE COUNSEL** |
| Defendants. | ) | |

## PLAINTIFF'S T. DAVIS' MOTION TO CONTINUE

Comes Now the Plaintiff, Theodore Davis, with the help of former counsel, Michael Rountree, and submits the following Motion for Continuance to the Court so that he can secure new counsel being former counsel has had to withdraw due to health problems. In support of this motion the Plaintiff states as follows:

1. That on or about the 6th day of June, my former counsel notified me that he was having major health problems that was interfering with his ability to prepare for this case.

2. Mr. Rountree advised me that he had sent certified mail to me regarding his motion to withdraw. I have not received said mail.

3. I am hereby acknowledging to the Court that I am aware of the Motion to withdraw filed by Mr. Rountree in this matter.

4. Counsel has attempted to secure new counsel for me but has been unable to secure counsel as of this date.

5. My former counsel met with the counsel for the defendants on the 11th day of July, 2006, via

a telephone conference and discussed possible settlement issues. Present for said discussion was Winston Sheehan, Jr. Esq., Wallace D. Mills, Esq., Jeffrey W. Smith, Esq., and Michael Rountree, Esq.

6. The parties could not reach a settlement in this matter.

7. Mr. Rountree has met with me and advised me of the issues that the Defendants have in this matter and that the matter could not be settled at this time.

8. Mr. Rountree further advised me that his health problems will not allow him to continue in this case and that he has curtailed a large portion of his current case load by transferring files to other attorneys. However, he has not been able to secure an attorney for me in this matter at this time. .

9. I am therefore acknowledging to the Court that Mr. Rountree is not going to be my counsel in this matter due to his health problems.

10. I am currently seeking counsel in this matter and I am asking the Court for a continuance in this matter so that I can secure new counsel.

Theodore Davis, Pro Se
5608 Terrace J
Birmingham, AL. 35208
(205) 790-3457


## CERTIFICATE OF SERVICE

I hereby certify that I have this 12th day of July, 2006, served a copy of the foregoing amended complaint to all known parties to this proceeding by placing the same in the United States mail, properly addressed and first-class postage prepaid to the following counsel of record.

Winston Sheehan, Jr. Esq.
Ball, Ball, Mathews & Novak, P.A.
P.O. Box 2148
Montgomery, Al. 36117

Hon. George L. Beck, Jr.
Post Office Box 2069
Montgomery, Al. 36102-2069

City of Montgomery Attorney's Office
Wallace D. Mills, Esquire
103 North Perry Street
Montgomery, Al. 36104

Judy Van Heest, Esquire
Beers, Anderson, Jackson, Patty & Van Heest, P.C.
P.O. Box 1988
Montgomery, Al 36102

Jeffrey W. Smith, Esq.
Slaten & O'Connor, P.C.
105 Tallapoosa Street, Suite 101
Montgomery, Alabama 36104

*/s/ Theodore Davis*
Theodore Davis, Pro Se