IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THEODORE DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV-00632-WKW |
| | ) |
| ARMSTRONG RELOCATION, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After the withdrawal of his counsel for health reasons, the plaintiff has filed a Motion to Continue (Doc. # 58) in order to secure new counsel. It is ORDERED that the Motion is GRANTED. It is further ORDERED that the trial date is continued from September 18, 2006, to November 6, 2006; the pretrial conference date is continued from August 3, 2006, to September 21, 2006.

DONE this the 19th day of July, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE