IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISIN

| | |
|---|---|
| THEODORE DAVIS,<br>   Plaintiff,<br>vs.<br><br>ARMSTRONG RELOCATION, Lln, EDNA DUMAS, CITY OF MONTGOMERY, et. al.,<br><br>   Defendants. | Case No.: 2:05-cv-632-WKW<br><br>THE CITY OF MONTGOMERY'S AND OFFICER SHELLEY WATTS'S TRIAL EXHIBIT LIST |

COME NOW Defendants, City of Montgomery and Shelley Watts, by and through undersigned counsel and submit the following list of exhibits which may be used at the trial of this cause by City of Montgomery and Shelley Watts.

  DX1 Deed conveying real property at 207 Rosedon Drive to Edna Dumas;

  DX2 Trespassing arrest warrant for Theodore Davis and supporting complaint and affidavit;

  DX3 Memorandum of T. K. Jackson 2-19-04.

Defendants City of Montgomery and Shelley Watts reserve the right to offer any exhibits listed by Plaintiff.

Defendants City of Montgomery and Shelley Watts reserve the right to offer any exhibits necessary for impeachment.

                Respectfully submitted,

                /s/ Wallace D. Mills
                Wallace D. Mills (MIL 090),
                Attorney for the City of Montgomery

OF COUNSEL:
City of Montgomery Attorney's Office
P.O. Box 1111
Montgomery, AL 36101-1111
Phone: (334) 241-2050
Fax: (334) 241-2310

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 21st day of July, 2006, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

      Michael Rountree, Esq.
      448 Saint Lukes Dr.
      Montgomery, AL 36117

      George L. Beck, Jr. Esq.
      P.O. Box 2069
      Montgomery, AL 36102-2069

      Winston Sheehan, Jr. Esq.
      Hon. Emily C. Marks
      Ball, Ball, Mathews & Novak, P.A.
      P.O. Box 2148
      Montgomery, AL 36117

      Jeffrey W. Smith, Esq.
      Slaten & O'Conner, P.C.
      105 Tallapoosa St., Suite 101
      Montgomery, AL 36104

      Judy B. Van Heest, Esq.
      Beers Anderson Jackson Patty & Van Heest, P.C.
      P.O. Box 1988
      Montgomery, AL 36102-1988

and I hereby certify that I have also mailed by United States Postal Service the document to the above-named non-CM/ECF participants:

      Theodore Davis
      5608 Terrace J
      Birmingham, AL 35208

      /s/ Wallace D. Mills
      OF COUNSEL