WARRANTY DEED

THE STATE OF ALABAMA,
Montgomery COUNTY.

KNOW ALL MEN BY THESE PRESENTS, that in consideration of One Hundred and No/100 _____ DOLLARS and other valuable considerations to the undersigned GRANTOR or GRANTORS in hand paid by the GRANTEE(S) herein, the receipt whereof, is hereby acknowledged, we, Louis Norman Gotthelf and Penny Gale Gotthelf, individually and as husband and wife (herein referred to as GRANTORS), do hereby GRANT, BARGAIN, SELL and CONVEY unto Edna Dumas _____ (herein referred to as GRANTEE(S)), her _____ heirs and assigns, the following described Real Estate, situated in the County of Montgomery _____ and State of Alabama, to-wit:

Lot 13, Block 12, according to the Map of Spring Valley Plat No. 10, as said Map appears of record in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 24, at Page 147.

This conveyance is made subject to that certain mortgage in favor of Real Estate Financing, Inc., dated January 28, 1977, filed for record in the Office of the Judge of Probate of Montgomery County, Alabama, January 31, 1977, in Real Property Book 0330, at Page 0687; Grantees by their acceptance hereof assume and agree to pay said mortgage and the note secured thereby according to their terms.

This conveyance is made subject to covenants, restrictions, reservations, easements and rights of way heretofore imposed upon the subject property.

TO HAVE AND TO HOLD, the aforegranted premises to the said GRANTEE(S), her heirs and assigns FOREVER. And GRANTORS do covenant with the said GRANTEE(S), her heirs and assigns, that they are lawfully seized in fee simple of the aforementioned premises; that they are free from all encumbrances, except as hereinabove provided; that we have a good right to sell and convey the same to the said GRANTEE(S), her heirs and assigns, and that GRANTORS will WARRANT AND DEFEND the premises to the said GRANTEE(S), her heirs and assigns forever, against the lawful claims and demands of all persons, except as hereinabove provided.

IN WITNESS WHEREOF we have hereunto set our hands and seals this 7th day of September, 19 89.

WITNESS:

_____ (L. S.)
Louis Norman Gotthelf
_____ (L. S.)
Penny Gale Gotthelf
_____ (L. S.)

THE STATE OF ALABAMA,
Montgomery COUNTY.

I, the undersigned, a Notary Public in and for said State at Large, hereby certify that Louis Norman Gotthelf and Penny Gale Gotthelf whose names are signed to the foregoing conveyance, and who are known to me acknowledged before me on this day, that being informed of the contents of the conveyance they executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this 7th day of September, 19 89.

_____ Notary Public.

This instrument was prepared by:
_____

FOR RECORDING ONLY
STATE OF ALA.
MONTGOMERY CO.
I CERTIFY THIS INSTRUMENT
WAS FILED ON

SEP 12  4 01 PM '89

01 INDEX    1.00
02 REC FE   1.00
02 REC FE   2.50
04 DED TX  29.50
   TOTAL   34.00

_____
JUDGE OF PROBATE

I HEREBY CERTIFY THAT THIS IS A CORRECT AND CONFORMED COPY OF EXECUTED ORIGINAL.

EXHIBIT B

EXHIBIT Dx1