| State of Alabama<br>Unified Judicial System | **WARRANT OF ARREST**<br>(Felonies, Misdemeanors, or Violations) | Warrant Number<br>2004M00269 |
|---|---|---|
| Form CR-58 (front)   Rev. 8/98 | | Case Number |

IN THE ___MUNICIPAL___ COURT OF ___MONTGOMERY___, ALABAMA
(Circuit, District, or Municipal)   (Name of Municipality or County)

☐ STATE OF ALABAMA
☒ MUNICIPALITY OF MONTGOMERY v. ___THEODORE DAVIS  (000555324A)___
Defendant (NWS Jacket Number)

**TO ANY LAW ENFORCEMENT OFFICER WITHIN THE STATE OF ALABAMA:**

☒ Probable cause has been found on a Complaint filed in the court against (name or description of person to be arrested)
THEODORE DAVIS

charging the offense of **CRIMINAL TRESPASS FIRST DEGREE**

as described in the Complaint.

☐ An indictment has been returned by the grand jury of this county against (name or description of person to be arrested)

charging the offense of

as described in the Complaint.

☒ **YOU ARE THEREFORE ORDERED** to arrest the person named or described above and bring that person before a judge or magistrate of this court to answer the charges against that person and have with you then and this Warrant of Arrest with your return thereon. If a judge or magistrate of this court is unavailable, or if the arrest is made in another county, you shall then take the accused person before the nearest or most accessible judge or magistrate in the county of the arrest.

☒ You may release the accused person without taking the accused before a judge or magistrate:

☒ If the accused person enters into a bond in the amount of $ ___500.00___ with sufficient sureties approved by an authorized officer or by depositing cash or negotiable bonds in the amount with the court clerk.
—OR—
☒ If the accused person posts an appearance bond in the amount of $ ___500.00___

☐ On his or her personal recognizance.

Sunday, January 18, 2004  10:37 PM
Date

_(signature)_
Judge/Court Clerk/Magistrate/Warrant Clerk

**EXHIBIT**
DX 2