MEMORANDUM

TO: CAPTAIN R. A. GLOVER #289

FROM: T. K. JACKSON #1241

DATE: 02-19-04

SUBJECT: CIVIL MATTER AT 207 ROSEDON DRIVE

I responded to 207 Rosedon Drive on 01-18-04 around 1219 hours. Upon arriving I was approached by a b/f who told me that she wanted the black male to leave her residence. I asked the b/f who was the male she advised a friend and he said the same thing.

I asked her what happen today she said I just came back from out of town and I called the police. I asked her was anything said to each other she said no, then I asked what kind of friendship did they have they both repeated friends. The b/m advised me that they had an agreement, she advised me she was letting him stay without paying rent because it's her house and she stays up north. She only comes home every 6 to 7 months and stays 1 or 2 weeks then leaves again. He showed me a letter that was printed up for the food stamp office that stated he lives there.

She told me that she wrote the letter because he need it to get stamps and that it was a lie just as he was saying that he was hurt from work that he had done for Greyhound buses. She stated that he never paid a day of rent or did any work on the house because he was faking the back injury.

At that time I advised them that it was a civil matter and that I could not tell anybody to leave. At this time she said she would sign a warrant on him. He asked me could she do that and I told him that she might be able to do it if she goes to HQ and proves that you don't have a right to be here. The only paper that you have is the one she wrote to the food stamp office. I can't tell you what to do. At that time he advised me he would leave and as I was about to leave she wanted me to stay until he left. She didn't think he would leave.

I advised the male that I was going to wait for a few minutes so he could get a few things and make sure there was no problem. He stated he would leave in an hour. She asked me could you please wait, I said OK, then once again I advised the male that I was going to wait for a few minutes so he could get a few things and make sure there was no problems.

The female had a few relatives in the house and he had a co-worker with him. I waited about 30 minutes and at that time I told the male I can't wait all day for you so do what you have to do. If you don't want to leave you don't have to it's on you. He finished packing and told the b/f that he would call to get the rest of his property and he left without any problems.

EXHIBIT D×3