IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THEODORE DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 2:05-cv-632-WKW |
| vs. | ) |
| | ) |
| ARMSTRONG RELOCATION, LLC, | ) |
| Edna Dumas, et al. | ) |
| | ) |
| Defendants. | ) |

## ARMSTRONG RELOCATION'S EXHIBIT LIST

**COMES NOW** the Defendant, Armstrong Relocation, LLC, and submits the following exhibits which may be used at trial:

Defendant's Exhibit A: Combined Uniform Household Goods Bill of Lading and Freight bill, previously produced with the Initial Disclosures.

Defendant's Exhibit B: Deed conveying real property at 207 Rosedon Drive to Edna Dumas, attached to the City's Exhibit List.

Defendant's Exhibit C: Any exhibit listed by any other party, to which there is no objection.

Defendant's Exhibit D: Any exhibit produced or revealed through further discovery.

Defendant's Exhibit E: Any exhibit needed for rebuttal purposes.

Defendant's Exhibit F: Any exhibit needed to refresh a witness's recollection.

Defendant's Exhibit G: Any exhibit needed for impeachment purposes.

Defendant's Exhibit H: Defendants reserve the right to amend this Exhibit List.

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.
Attorney for Armstrong Relocation, LLC

<u>OF COUNSEL:</u>
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

The following are those who are currently on the list to receive e-mail notices for this case.

- **George Lamar Beck, Jr**
  glb@chlaw.com terrie@chlaw.com;roxie@chlaw.com

- **Terrie Scott Biggs**
  tsb@chlaw.com julie@chlaw.com

- **Michael David Boyle**
  mboyle@ci.montgomery.al.us dpercival@ci.montgomery.al.us

- **Emily C. Marks**
  emarks@ball-ball.com lhamner@ball-ball.com

- **Wallace Damon Mills**
  wmills@ci.montgomery.al.us

- **Michael W. Rountree**
  mwrra@knology.net rtreesigpc@aol.com

- **C. Winston Sheehan, Jr**
  wsheehan@ball-ball.com rsmith@ball-ball.com

- **Jeffrey Wilson Smith**
  jsmith@slatenlaw.com cmclean@slatenlaw.com

- **Judy B. Van Heest**
  jvanheest@beersanderson.com brenda@beersanderson.com;brandy@beersanderson.com

Manual Notice

**Theodore Davis**
5608 Terrace J
Birmingham, AL 35208

/s/ C. Winston Sheehan, Jr.
OF COUNSEL