**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **THEODORE DAVIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.: 2:05-cv-632-WKW** |
| **vs.** | ) | |
| | ) | |
| **ARMSTRONG RELOCATION, LLC,** | ) | |
| **Edna Dumas, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ARMSTRONG RELOCATION'S  DEPOSITION DESIGNATION**

**COMES NOW** the Defendant, Armstrong Relocation, LLC, and list the following portions from the deposition of Alyia Bryant taken on June 2, 2006, which may be read at trial:

A.    p. 7, ll. 2-16

B.    p. 15, l. 6 through p. 45, l. 23

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.
Attorney for Armstrong Relocation, LLC

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on July 24, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

The following are those who are currently on the list to receive e-mail notices for this case.

- **George Lamar Beck, Jr**
  glb@chlaw.com terrie@chlaw.com;roxie@chlaw.com

- **Terrie Scott Biggs**
  tsb@chlaw.com julie@chlaw.com

- **Michael David Boyle**
  mboyle@ci.montgomery.al.us dpercival@ci.montgomery.al.us

- **Emily C. Marks**
  emarks@ball-ball.com lhamner@ball-ball.com

- **Wallace Damon Mills**
  wmills@ci.montgomery.al.us

- **Michael W. Rountree**
  mwrra@knology.net rtreesigpc@aol.com

- **C. Winston Sheehan, Jr**
  wsheehan@ball-ball.com rsmith@ball-ball.com

- **Jeffrey Wilson Smith**
  jsmith@slatenlaw.com cmclean@slatenlaw.com

- **Judy B. Van Heest**
  jvanheest@beersanderson.com brenda@beersanderson.com;brandy@beersanderson.com

Manual Notice

**Theodore Davis**
5608 Terrace J
Birmingham, AL 35208

         /s/ C. Winston Sheehan, Jr.
         OF COUNSEL