IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THEODORE DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:05-CV-00632-WKW |
| | ) |
| ARMSTRONG RELOCATION, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Motion to Withdraw as Counsel (Doc. # 53), it is ORDERED that the motion is GRANTED.

The plaintiff shall file with the Court **on or before September 11, 2006**, a status report regarding his retention of new counsel. The Clerk is directed to mail a copy of this order to the plaintiff.

DONE this the 21st day of August, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE