IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 SEP -8 P 2: 17

P. HACKETT, CL..
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| Theodore Davis, | ) Case No.: 2:05-CV-00632-WKW |
| Plaintiff | ) **PLAINTIFF'S** |
| vs. | ) **MOTION FOR CONTINUANCE DUE** ) **TO** |
| Armstrong Relocation, Lln, | ) |
| Edna Dumas, City of Montgomery, et. Al | ) **Need To Secure Counsel** ) |
| Defendants | |

### PLAINTIFF'S T. DAVIS' MOTION TO CONTINUE

Comes Now the Plaintiff, Theodore Davis, submits the following Motion for Continuance .

(1) Request Court grant additional time to secure legal counsel.

(2) Former Counsel has been removed due to medical reasons

(3) Having difficultly securing new Counsel due to the lack of time needed to prepare.

(4) Seeking assistance from the Alabama Bar Association.

.

*Theodore Davis* (signature)
Theodore Davis, Pro Se
5608 Terrace J
Birmingham, AL 35208
(205) 790-3457

Summary of Pleading - 1

## CERTIFICATE OF SERVICE

I hereby certify that I have this 5th day of September, 2006, served a copy of the foregoing amended complaint to all known parties to this proceeding by placing the same in the United States mail, properly addressed and first-class postage prepaid to the following counsel of record.

Winston Sheehan, Jr. Esq.
Ball, Ball, Mathews & Novak, P.A.
Post Office Box 2148
Montgomery, AL 36117

Hon. George L. Beck, Jr.
Post Office Box 2069
Montgomery, AL 36102-2069

City of Montgomery Attorney's Office
Wallace D. Mills, Esquire
103 North Perry Street
Montgomery, AL 36104

Jeffrey W. Smith, Esq.
Slaten & O'Connor, P.C.
105 Tallapoosa St., #101
Montgomery, AL 36104

Judy Van Heest, Esquire
Beers, Anderson, Jackson, Patty & Van Heest, P.C.
Post Office Box 1988
Montgomery, AL 36102

_Theodore Davis_
Theodore Davis, Pro Se