IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THEODORE DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV-00632-WKW |
| | ) |
| ARMSTRONG RELOCATION, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the plaintiff's Motion to Continue (Doc. # 65), it is ORDERED that the motion is GRANTED. All remaining dates and deadlines are continued generally.

It is further ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Vanzetta P. McPherson for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

The Clerk is directed to mail a copy of this order to the plaintiff.

DONE this the 13th day of September, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE