IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THEODORE DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:05cv632-WKW ) |
| ARMSTRONG RELOCATION, et al., | ) ) |
| Defendants. | ) |

## **ORDER**

For good cause, it is

ORDERED that a telephone status conference is scheduled for 4:30 p.m. on November 16, 2006. Counsel for Defendant Armstrong Relocation is DIRECTED to set up the telephone conference call.

DONE, this 7th day of November, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE