MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

HON. SUSAN RUSS WALKER, MAG JUDGE           AT MONTGOMERY, ALABAMA

DATE COMMENCED:    November 16, 2006         4:30
DATE COMPLETED:    November 16, 2006         4:38

2:05-cv-00632-WKW-VPM Davis v. Armstrong Relocation, Lln. et al(MAG+)

PRO SE representing Theodore Davis (Plaintiff)

Judy B. Van Heest representing State Farm Fire and Casualty Company (Intervenor Plaintiff)

C. Winston Sheehan, Jr and Emily C. Marks representing Armstrong Relocation, Lln (Defendant)

George Lamar Beck, Jr and Jeffrey Wilson Smith and Terrie Scott Biggs representing Edna Dumas (Defendant)

Michael David Boyle and Wallace Damon Mills representing City of Montgomery and Shelley Watts (Defendant)

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Theodore Davis | * | |
| | * | Judy Van Heest |
| | * | C. Winston Sheehan |
| | * | Jeffrey Smith |
| | * | Wallace Mills |
| | * | |

COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy

PROCEEDINGS:
TELEPHONE STATUS CONFERENCE

4:30 p.m.   Court convenes.
            Court's statements regarding status of plaintiff's representation by counsel.
            Mr. Davis' statements to the court regarding seeking new counsel.
            Court directs Mr. Davis to notify the court in writing by December 1, 2006 as to whether or not he has retained counsel and that any new counsel will need to file a notice of appearance with the court.
4:38 p.m.   Court recessed.