IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THEODORE DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv632-WKW |
| | ) | |
| ARMSTRONG RELOCATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For good cause, it is

ORDERED that plaintiff shall notify the court on or before December 1, 2006 whether

he has retained counsel or wishes to proceed in this action pro se.

DONE, this 17th day of November, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE