## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

**THEODORE DAVIS,**

      Plaintiff,

Vs.                                  Case No.: CV 05-632

**ARMSTRON RELOCATION, ET AL.,**

      Defendants.

_____/

### NOTICE OF APPEARANCE

      Comes now Hon. Collins Pettaway, Jr., of the law firm of Chestnut, Sanders, Sanders, Pettaway & Campbell, L.L.C., and enters his appearance as counsel for Theodore Davis, Plaintiff.

                        Respectfully submitted,

                        CHESTNUT, SANDERS, SANDERS,
                        PETTAWAY & CAMPBELL, L.L.C.

                        /s/ Collins Pettaway, Jr.
                        Collins Pettaway, Jr.(PETTC9796)
                        Attorney for Plaintiff
                        P. O. Box 1290
                        Selma, AL 36702-1290
                        (334) 875-9264

### CERTIFICATE OF SERVICE

      This is to certify that I have on this the 1st day of December 2006 electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon all counsel of record.

                        /s/ Collins Pettaway, Jr.
                        OF COUNSEL