IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THEODORE DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:05-CV-00632-WKW |
| | ) |
| ARMSTRONG RELOCATION, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the notice of appearance filed on behalf of the plaintiff on December 1, 2006, it is ORDERED that the Order referring this case to the magistrate judge (Doc. # 66) is VACATED.

DONE this 6th day of December, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE