IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THEODORE DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV-00632-WKW |
| | ) |
| ARMSTRONG RELOCATION, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

It is ORDERED that this case is set for trial during the term of Court commencing on **July 9, 2007,** in Montgomery, Alabama. A pretrial conference is scheduled for **May 30, 2007**.

DONE this 13th day of December, 2006.

                /s/ W. Keith Watkins
                UNITED STATES DISTRICT JUDGE