IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THEODORE DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-632-WKW |
| | ) |
| ARMSTRONG RELOCATION, Lln, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

It is hereby ORDERED that the trial date set for July 9, 2007 is rescheduled for the term of court commencing on July 23, 2007 in Montgomery, Alabama. A pretrial conference is scheduled for May 30, 2007, in the Frank M. Johnson U.S. Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this the 18th day of January, 2007.

　　　　　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE