IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**THEODORE DAVIS,**

    Plaintiff,

Vs.                                  Case No.: CV 05-632

**ARMSTRONG RELOCATION,**

    Defendant.

_____/

**MOTION TO WITHDRAW**

    Comes now Plaintiff, by and through counsel, and moves this court to withdraw Collins Pettaway, Jr. as counsel. As grounds:

1.    Plaintiff desires to secure other means of representation.

    **WHEREFORE**, Plaintiff requests the court to allow his withdraw and enter an order withdrawing Collins Pettaway, Jr. as counsel.

    Respectfully submitted,

    CHESTNUT, SANDERS, SANDERS,
    PETTAWAY & CAMPBELL, L.L.C.

    /s/ Collins Pettaway, Jr.
    Collins Pettaway, Jr.(PETTC9796)
    Post Office Box 1290
    Selma, AL  36702-1290
    (334) 875-9264

**CERTIFICATE OF SERVICE**

    This is to certify that I have on this the 24th day of April 2007 electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon all counsel of record.

    /s/ Collins Pettaway, Jr.
    OF COUNSEL

**ORDER**

    Upon the Motion to Withdraw filed herein it is ORDERED and ADJUDGED that Collins Pettaway, Jr., be and hereby is withdrawn as counsel. It is further,

    DONE this _____ day of _____, 2007.

    _____
    U.S. DISTRICT JUDGE