IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THEODORE DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-632-WKW |
| ) | |
| ARMSTRONG RELOCATION, Lin, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Counsel for plaintiff has filed a Motion to Withdraw (Doc. #75) on April 24, 2007, requesting that he be allowed to withdraw from representing plaintiff due to plaintiff's desire to secure other representation.

Counsel for the plaintiff is DIRECTED to inform this court in writing of the plaintiff's correct address on or before **May 11, 2007.**

DONE this 27th day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE