IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**THEODORE DAVIS,**

    Plaintiff,

Vs.                                                                                    Case No.: CV 05-632

**ARMSTRONG RELOCATION,**

    Defendant.

_____/

## NOTICE OF CORRECT ADDRESS

    Comes now Collins Pettaway, Jr. and gives notice of Plaintiff's correct address as follows:

    Theodore Davis
    19328 Cedar Lane
    Fairhope, AL  36532

                                              Respectfully submitted,

                                              CHESTNUT, SANDERS, SANDERS,
                                              PETTAWAY & CAMPBELL, L.L.C.

                                              /s/ Collins Pettaway, Jr.
                                              Collins Pettaway, Jr.(PETTC9796)
                                              Post Office Box 1290
                                              Selma, AL  36702-1290
                                              (334) 875-9264

## CERTIFICATE OF SERVICE

    This is to certify that I have on this the 3rd day of May 2007 electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon all counsel of record.

                                              /s/ Collins Pettaway, Jr.
                                              OF COUNSEL