IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THEODORE DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 2:05-cv-632-WKW |
| vs. | ) |
| | ) |
| ARMSTRONG RELOCATION, LLC, | ) |
| Edna Dumas, et al. | ) |
| | ) |
| Defendants. | ) |

## ARMSTRONG RELOCATION, LLC'S
## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the Order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following companies are hereby reported:

Armstrong Relocation Co., Inc - Raleigh, North Carolina

Armstrong Transfer & Storage Company, Inc./Armstrong Relocation Company

Armstrong Transfer & Storage Co., Inc./Armstrong Relocation Company, Memphis

Armstrong Transfer & Storage Co., Inc./Armstrong Relocation Company

Armstrong Relocation Company, Illinois, LLC

Armstrong Transfer & Storage Company, Inc./Armstrong Relocation Company, Nashville, TN

Armstrong Transfer & Storage Company, Inc./Armstrong Relocation Company, Chattanooga

Armstrong Relocation Company, Knoxville, Tennessee, LLC

Armstrong Relocation Company, Denver, LLC

Armstrong Transfer & Storage Co., Inc./Armstrong Relocation Company

Armstrong Relocation, Florida, LLC

Armstrong Relocation Company, Orlando, LLC

Armstrong Relocation Company, Montgomery, LLC

Armstrong Relocation Company, Huntsville, Alabama, LLC

Armstrong Relocation Company, Louisiana, LLC

Armstrong Relocation Company, New Orleans, LLC

A & B Transfer & Storage Co., Inc. - Armstrong Relocation

Armstrong Transfer & Storage Co., Inc./Armstrong Relocation Company

Armstrong Relocation Company, Ohio, LLC

Armstrong Transfer & Storage Company, Inc./Armstrong Relocation Company

Armstrong Relocation Company

International Van & Storage, Inc., dba Armstrong International Transfer & Storage Co., Inc./Armstrong Relocation Company

Armstrong Transfer & Storage Co., Inc./Armstrong Relocation Company

Armstrong Archives, LLC

Relocation Management Worldwide, Inc.

Relocation Management Worldwide - Commercial Relocation Services, LLC

Armstrong Eagle Worldwide, LLC

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.
Attorney for Armstrong Relocation, LLC

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on May 7, 2007, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

The following are those who are currently on the list to receive e-mail notices for this case.

- **George Lamar Beck, Jr**
  glb@chlaw.com terrie@chlaw.com;roxie@chlaw.com

- **Terrie Scott Biggs**
  tsb@chlaw.com julie@chlaw.com

- **Michael David Boyle**
  mboyle@ci.montgomery.al.us dpercival@ci.montgomery.al.us

- **Emily C. Marks**
  emarks@ball-ball.com lhamner@ball-ball.com

- **Wallace Damon Mills**
  wmills@ci.montgomery.al.us

- **Michael W. Rountree**
  mwrra@knology.net rtreesigpc@aol.com

- **C. Winston Sheehan, Jr**
  wsheehan@ball-ball.com rsmith@ball-ball.com

- **Jeffrey Wilson Smith**
  jsmith@slatenlaw.com cmclean@slatenlaw.com

- **Judy B. Van Heest**
  jvanheest@beersanderson.com brenda@beersanderson.com;brandy@beersanderson.com

Manual Notice

**Theodore Davis**
**19328 Cedar Lane**
**Fairhope, AL 36532**

                                                      /s/ C. Winston Sheehan, Jr.
                                                      OF COUNSEL