IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THEODORE DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV-00632-WKW |
| | ) |
| ARMSTRONG RELOCATION, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Motion to Withdraw (Doc. # 75), it is ORDERED that the motion is GRANTED.

It is further ORDERED that the trial in this matter is CONTINUED from July 23, 2007, to the term of court commencing on **December 10, 2007;** the pretrial conference is CONTINUED from May 30, 2007, to **October 29, 2007.**

It is further ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to the Magistrate Judge for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 8th day of May, 2007.

                                                   /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE