**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA,**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **THEODORE DAVIS,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION NO.:  2:05-CV-00632-** |
| **WKW** | ) | |
| | ) | |
| **ARMSTRONG RELOCATION, L.L.N.,** | ) | |
| **EDNA DUMAS, MONTGOMERY POLICE** | ) | |
| **DEPARTMENT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

<u>INTERVENOR STATE FARM FIRE AND CASUALTY COMPANY'S CORPORATE
DISCLOSURE STATEMENT</u>

**COMES NOW** Intervenor State Farm Fire and Casualty Company (hereinafter "State Farm"), by and through undersigned counsel, and pursuant to Rule 7.1, *Federal Rules of Civil Procedure*, files this its Corporate Disclosure Statement.

1.      Intervenor State Farm Fire & Casualty Company hereby discloses that State Farm Mutual Automobile Insurance Company as a "parent corporation and"/or "publicly held corporation which owns more than 10% of its stock." *See* Rule 7.1, *Federal Rules of Civil Procedure*.[1]

**RESPECTFULLY SUBMITTED** this the 8th day of May, 2007.

/s/  Judy B. Van Heest
**JUDY B. VAN HEEST [VANH8345]**
Attorney for Intervenor
State Farm Fire and Casualty Company

---

[1]

1.      **Rule 7.1 Disclosure Statement**
(a) **Who Must File: Nongovernmental Corporate Party.** A nongovernmental party to an action or proceeding in a district court must file two copies of statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states there is no such corporation.
Rule 7.1, Federal Rules of Civil Procedure.

**OF COUNSEL:**
BEERS, ANDERSON, JACKSON,
  PATTY, VAN HEEST & FAWAL, P.C.
P. O. Box 1988
Montgomery, AL  36102-1988
(334) 834-5311          (Telephone)
(334) 834-5362          (Facsimile)
jvanheest@beersanderson.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of May, 2007, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system, which will send notification of such filing to the following parties or counsel of record:

Collins Pettaway, Jr., Esq.
CHESTNUT, SANDERS, SANDERS,
  PETTAWAY & CAMPBELL, L. L. C.
P.O. Box 1290
Selma, AL 36702-1290

George L. Beck, Jr., Esq.
Terrie S. Biggs, Esq.
CAPELL HOWARD P.C.
P.O. Box 2069
Montgomery, AL 36102-2069


Wallace D. Mills, Esq.
Michael D. Boyle, Esq.
CITY OF MONTGOMERY LEGAL DIVISION
P.O. Box 1111
Montgomery, AL 36101-0111

Jeffrey W. Smith, Esq.
SLATEN & O'CONNOR, P.C.
P.O. Box 1110
Montgomery, AL 36101-1110


C. Winston Sheehan, Jr., Esq.
Emily C. Marks, Esq.
BALL, BALL, MATTHEWS & NOVAK, P.A.
P.O. Box 2148
Montgomery, AL 36102-2148

Theodore Davis
19328 Cedar Lane
Fairhope, AL 36532


/s/  Judy B. Van Heest
**OF COUNSEL**