IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THEODORE DAVIS, | ) |
|     Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:05cv632-WKW |
| ARMSTRONG RELOCATION, Lln, *et al.*, | ) |
|     Defendants. | ) |

## ORDER

Upon consideration of Defendant Armstrong Relocation, Lln's and Defendants City of Montgomery's and Shelley Watts' motions for summary judgment (Doc. #34, #37), it is

ORDERED that Plaintiff shall file **on or before May 23, 2007**, the following documents with the Court:

1. A copy of the State Court's order and/or decision referenced in paragraph 1 of Plaintiff's Motion to dismiss (Doc. #22) regarding the home located at 207 Rosedon Drive, Montgomery, Alabama 36116.

2. A copy of the State Court's Order and/or decision discussed in Paragraph 59 of Plaintiff's Amended Complaint (Doc. #7).

It is further

ORDERED that Defendant City of Montgomery shall file **on or before May 23,**

**2007**, a copy of the arrest warrant discussed on page 4 of its Brief in Support of Motion for Summary Judgment (Doc. #38-1).

    DONE this 18th day of May, 2007.

                                             /s/ Wallace Capel, Jr.
                                             WALLACE CAPEL, JR.
                                             UNITED STATES MAGISTRATE JUDGE