**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISIN**

| | |
|---|---|
| **THEODORE DAVIS,**<br>     **Plaintiff,**<br><br>vs.<br><br>**ARMSTRONG RELOCATION, Lln,<br>EDNA DUMAS, CITY OF<br>MONTGOMERY, et. al.,**<br><br>     **Defendants** | Case No.: 2:05-cv-632-WKW<br><br>**THE CITY OF MONTGOMERY'S<br>RESPONSE TO ORDER TO FILE<br>DOCUMENTS** |

COMES NOW the city of Montgomery, by and through undersigned counsel, and files the Warrant of Arrest, attached hereto as Exhibit A, as required by the Court in its Order of May 18, 2007. (Doc. No. 82). (this being the same document filed as part 4 to Doc. No. 60)

Respectfully submitted,

/s/ Wallace D. Mills
Wallace D. Mills (MIL 090),
Attorney for the City of Montgomery

OF COUNSEL:
City of Montgomery Attorney's Office
P.O. Box 1111
Montgomery, AL 36101-1111
Phone: (334) 241-2050
Fax: (334) 241-2310

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of May, 2007, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Collins Pettaway, Jr., Esq.
P.O. Box 1290
Selma, AL 36702

        George L. Beck, Jr. Esq.
        P.O. Box 2069
        Montgomery, AL 36102-2069

        Winston Sheehan, Jr. Esq.
        Hon. Emily C. Marks
        Ball, Ball, Mathews & Novak, P.A.
        P.O. Box 2148
        Montgomery, AL 36117

        Jeffrey W. Smith, Esq.
        Slaten & O'Conner, P.C.
        105 Tallapoosa St., Suite 101
        Montgomery, AL 36104

        Judy B. Van Heest, Esq.
        Beers Anderson Jackson Patty & Van Heest, P.C.
        P.O. Box 1988
        Montgomery, AL 36102-1988

and I hereby certify that I have also mailed by United States Postal Service the document to the above-named non-CM/ECF participants:


                                        /s/ Wallace D. Mills
                                        OF COUNSEL