**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISIN**

| | |
|---|---|
| **THEODORE DAVIS,** ) | **Case No.: 2:05-cv-632-WKW** |
| **Plaintiff,** ) | |
| **vs.** ) | **THE CITY OF MONTGOMERY'S** |
| ) | **AMENDED RESPONSE TO ORDER TO** |
| ) | **FILE DOCUMENTS** |
| **ARMSTRONG RELOCATION, Lln,** ) | |
| **EDNA DUMAS, CITY OF** ) | |
| **MONTGOMERY, et. al.,** ) | |
| ) | |
| **Defendants** ) | |
| ) | |
| _____ ) | |

COMES NOW the city of Montgomery, by and through undersigned counsel, and

amends its previously filed response to Order to show proper service on the plaintiff.  Said

defendant files the Warrant of Arrest, attached hereto as Exhibit A, as required by the Court in its

Order of May 18, 2007. (Doc. No. 82). (this being the same document filed as part 4 to Doc. No.

60)

Respectfully submitted,

/s/ Wallace D. Mills
Wallace D. Mills (MIL 090),
Attorney for the City of Montgomery

OF COUNSEL:
City of Montgomery Attorney's Office
P.O. Box 1111
Montgomery, AL 36101-1111
Phone: (334) 241-2050
Fax: (334) 241-2310

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of May, 2007, I electronically filed the foregoing
with the Clerk of the court using the CM/ECF system which will send notification of such filing
to the following parties or counsel:

George L. Beck, Jr. Esq.
P.O. Box 2069
Montgomery, AL 36102-2069

Winston Sheehan, Jr. Esq.
Hon. Emily C. Marks
Ball, Ball, Mathews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36117

Jeffrey W. Smith, Esq.
Slaten & O'Conner, P.C.
105 Tallapoosa St., Suite 101
Montgomery, AL 36104

Judy B. Van Heest, Esq.
Beers Anderson Jackson Patty & Van Heest, P.C.
P.O. Box 1988
Montgomery, AL 36102-1988

and I hereby certify that I have also mailed by United States Postal Service the document to the above-named non-CM/ECF participants:

Theodore Davis
19328 Cedar Lane
Fairhope, AL 36532

/s/ Wallace D. Mills
OF COUNSEL