IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THEODORE DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 2:05cv632-WKW |
| ARMSTRONG RELOCATION, Lln, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

In reviewing Plaintiff's Complaint, as amended (Doc. #7), the Court observes that Plaintiff names "unknown officer(s) A, B, and C of the Montgomery Police Department as well as "unknown Parties D, E, and F . . . believed to be the agents, employee[s] and/or family members" of Defendant Edna Dumas as Defendants in this matter. Am. Compl. (Doc. #7) at ¶¶ 7, 9. The Court further observes that both the deadline for discovery and the deadline for amending the pleadings or adding parties has passed. See Unif. Sch. Order (Doc. #20) at 2. Plaintiff, however, has neither identified these unknown parties nor served them with process in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. Accordingly, it is

ORDERED that Plaintiff shall show cause in writing on or before May 29, 2007, why the Court should not dismiss without prejudice all claims asserted against "unknown officer(s) A, B, and C of the Montgomery Police Department as well as "unknown Parties

D, E, and F . . . believed to be the agents, employee and/or family members" of Defendant Edna Dumas as Defendants.

    DONE this 22nd day of May, 2007.

                                /s/ Wallace Capel, Jr.
                                WALLACE CAPEL, JR.
                                UNITED STATES MAGISTRATE JUDGE