IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THEODORE DAVIS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: CIVIL ACTION NO. 2:05CV632-WKW |
| ARMSTRONG RELOCATION, Lln, et al., | ) |
| Defendant | ) |

**MOTION TO CONTINUE**

COMES NOW Theodore Davis and moves this court to grant a continuous of the above-referenced as grounds, the undersigned would state as follows:

1. The undersigned had to release Attorney due to lack of interest and seek additional representation.

2. Newly appointed Attorney has all files and is in Atlanta at the time on another case.

3. It is in the interest of justice that this matter be continued until such time until I have had adequate opportunity to consult with my Attorney.

RESPECTFULLY SUBMITTED this the 8th day of June, 2007.

THEODORE DAVIS, PLAINTIFF

-1-

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have served a copy of the foregoing document upon the below listed counsel of record by placing copy of the same in the united States Mail, postage prepaid this the 8th day of June, 2007.

> George L. Beck. Esq.
> Post Office Box 2069
> Montgomery, AL 36102-2069
>
> Terri S. Biggs, Esq.
> Capell & Howard, P.C.
> Post Office Box 2069
> Montgomery, AL 36102-2069
>
> Wallace Mills, Esq.
> City of Montgomery Attorney's Office
> 103 North Perry Street
> Montgomery, AL 36104
>
> C. Winston Sheehan, Jr., Esq.
> Ball, Ball, Mathews & Novak, P.A.
> Post Office Box 2148
> Montgomery, AL 36117
>
> Judy B. Van Heest, Esq.
> Beers, Anderson, Jackson, Patty & Van Heest, P.C.
> Post Office Box 1988
> Montgomery, AL. 36102-1988

2:05-CV-632 Notice will be electronically mailed to:

Michael David Boyle  mboyle@ci.montgomery.al.us, dpercival@ci.montgomery.al.us
Emily C. Marks  emarks@ball-balal.com, lhammer@ball-ball.com