IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| **THEODORE DAVIS,** ) | |
|     **Plaintiff,** ) | |
| v. ) | CIVIL ACTION NO.: 2:05-CV-00632-WKW |
| ) | |
| **ARMSTRONG RELOCATION, L.L.N.,** ) | |
| **EDNA DUMAS, MONTGOMERY POLICE** ) | |
| **DEPARTMENT, et al.,** ) | |
| ) | |
|     **Defendants.** ) | |

### INTERVENOR STATE FARM FIRE AND CASUALTY COMPANY'S MOTION TO SUBSTITUTE COUNSEL

**COMES NOW,** Intervenor State Farm Fire and Casualty Company (hereinafter "State Farm"), and moves this Honorable Court to issue an Order withdrawing Judy B. Van Heest as Counsel of record in the above-captioned matter and to substitute undersigned counsel, Micheal S. Jackson, as Counsel of record for Intervenor State Farm. In support of said motion, undersigned Counsel would show unto the Court as follows:

1. Attorney Judy B. VanHeest is unable to continue representation in the above-captioned matter due to ongoing medical reasons and has currently retired from the firm.

2. Intervenor State Farm will continue to be represented by the law firm, Beers, Anderson, Jackson, Patty, Van Heest & Fawal, P.C., specifically by Attorney Micheal S. Jackson.

**RESPECTFULLY SUBMITTED** this the 12th day of June, 2007.

/s/ Micheal S. Jackson
**MICHEAL S. JACKSON [JACKM8173]**
Attorney for Intervenor State Farm Fire and Casualty Co.

**OF COUNSEL:**
BEERS, ANDERSON, JACKSON,
  PATTY, VAN HEEST & FAWAL, P.C.
P. O. Box 1988
Montgomery, AL 36102-1988
(334) 834-5311        (Telephone)
(334) 834-5362        (Facsimile)
mjackson@beersanderson.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 12th day of June, 2007, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system, which will send notification of such filing to the following registered parties or counsel of record:

| | |
|---|---|
| Collins Pettaway, Jr., Esq.<br>CHESTNUT, SANDERS, SANDERS,<br> PETTAWAY & CAMPBELL, L. L. C.<br>P.O. Box 1290<br>Selma, AL 36702-1290 | George L. Beck, Jr., Esq.<br>Terrie S. Biggs, Esq.<br>CAPELL HOWARD P.C.<br>P.O. Box 2069<br>Montgomery, AL 36102-2069 |
| Wallace D. Mills, Esq.<br>Michael D. Boyle, Esq.<br>CITY OF MONTGOMERY LEGAL DIVISION<br>P.O. Box 1111<br>Montgomery, AL 36101-0111 | Jeffrey W. Smith, Esq.<br>SLATEN & O'CONNOR, P.C.<br>P.O. Box 1110<br>Montgomery, AL 36101-1110 |

C. Winston Sheehan, Jr., Esq.
Emily C. Marks, Esq.
BALL, BALL, MATTHEWS & NOVAK, P.A.
P.O. Box 2148
Montgomery, AL 36102-2148

  and I hereby certify that I have also mailed by United States Postal Service the document to the above-named non-CM/ECF participants:

Theodore Davis
19328 Cedar Lane
Fairhope, AL 36532

               /s/ Micheal S. Jackson
               **OF COUNSEL**