IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THEODORE DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. 2:05CV632-WKW |
| ARMSTRONG RELOCATION, Lln, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTION

On June 12, 2007, Plaintiff Theodore Davis filed a "Motion to Continue" (Doc.
#88). Davis' motion plainly and vaguely requests that the Court continue this case, as
Plaintiff has allegedly retained new counsel.[1] Yesterday, June 11, 2007, the undersigned
Magistrate Judge entered a Recommendation (Doc. #87) to the District Court that the City
of Montgomery's and Officer Watts' joint motion for summary judgment should be
granted.[2] Plaintiff's motion for a continuance does not reference or implicate, in any way,
the undersigned's Recommendation, nor does it identify any other deadline before the
District Court, such as the date of the final pretrial conference or the trial date.
Accordingly, it is

---

[1]The Court observes that no notice of appearance has been entered, and the record
reflects that Plaintiff continues to represent himself.

[2]As stated in the Recommendation, objections are due to the District Court on or
before June 25, 2007 (Doc. #87).

ORDERED that Plaintiff's motion for a continuance is DENIED.

DONE this 13th day of June, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE