IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THEODORE DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 2:05CV632-WKW |
| ARMSTRONG RELOCATION, Lln, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

On June 12, 2007, Intervenor State Farm Fire and Casualty Company's filed a "Motion to Substitute Counsel" (Doc. #89), seeking to withdraw Attorney Judy B. Van Heest as Counsel of record and to substitute Michael S. Jackson as Counsel of record. Upon consideration of the motion and, for good cause, it is

ORDERED that State Farm Fire and Casualty Company's motion (Doc. #89) is GRANTED.

DONE this 13th day of June, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE