# EXHIBIT 2

Case 2:05-cv-00632-WKW-WC    Document 93-3    Filed 06/28/2007    Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of June, 2007 I electronically filed the foregoing Motion to Reconsider, et al. with the Clerk of the Court by hand delivery and by attempting to use the CM/ECF system which will send notification of such filing to the following parties or counsel:

George L. Beck, Jr. Esq. P.O.
Box 2069 Montgomery, AL
36102-2069

Jeffrey W. Smith, Esq. Slaten &
O'Connor, P.C. 105 Tallapoosa
Street, Suite 101 Montgomery,
Alabama 36104

Winston Sheehan, Jr. Esq. Ball, Ball,
Mathews & Novak, P.A. P.O. Box
2148 Montgomery, AL 36117

Judy B. Van Heest, Esq.
Beers Anderson, Jackson, Patty & Van Heest, P.C.
Post Office Box 1988
Montgomery, Alabama 36102-1988

Terrie Scott Biggs, Esq. Capell
Howard, PC P. O. Box 2069
Montgomery, AL 36102-2069

Emily C. Marks, Esq,
Ball, Ball, Mathews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36117

And I hereby certify that I have also mailed by United States Postal Service the document to the above named non-CM/ECF participants.

A J Cooper