IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THEODORE DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:05-cv-632-WKW |
| | ) |
| ARMSTRONG RELOCATION, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED, ADJUDGED, and DECREED that:

1. Judgment is entered in favor of Defendant Edna Dumas and against the plaintiff with respect to all federal claims;

2. Judgment is entered in favor of The City of Montgomery and Officer Shelley Watts and against the plaintiff with respect to all federal claims;

3. All federal claims are DISMISSED; and

4. The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 23rd day of August, 2007.

                /s/ W. Keith Watkins
                UNITED STATES DISTRICT JUDGE